United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8
9   DYLAN LAMM  and                          Case No. C 07-04807  EDL
    KEVIN LAMM,
10                                            RECUSAL ORDER
11              Plaintiffs,
12         v.
13  BUMBO, BUMBO LIMITED,
    BUMBO (PTY) Limited,
14  TARGET CORPORATION,
15              Defendants.
    _____/
16
17         TO ALL PARTIES AND COUNSEL OF RECORD:
18         This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith
19  to another judge.
20         IT IS SO ORDERED.
21
22  Dated: September 24, 2007
23
24
25  _____
    ELIZABETH D. LAPORTE
26  United States Magistrate Judge
27
28