| | |
|---|---|
| 1 | GAIL C. TRABISH, ESQ. (#103482) |
| | HEATHER A. GLADSTONE, ESQ. (#238517) |
| 2 | BOORNAZIAN, JENSEN & GARTHE |
| | A Professional Corporation |
| 3 | 555 12th Street, Suite 1800 |
| | P. O. Box 12925 |
| 4 | Oakland, CA 94604-2925 |
| | Telephone: (510) 834-4350 |
| 5 | Facsimile: (510) 839-1897 |
| 6 | Attorneys for Defendant |
| | TARGET STORES, a division |
| 7 | of Target Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM, | ) ) ) ) ) | Case No.: C 07-04807 MHP [Sonoma County Case No.: SCV 241318] |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS** |
| vs. | ) ) ) | |
| BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20, | ) ) ) ) | |
| Defendants. | ) ) ) | Complaint Filed:    August 16, 2007 |

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.   **Order Setting Initial Case Management Conference and ADR Deadlines;**

2.   **Notice of Assignment of Case to U.S. Magistrate Judge for Trial;**

-1-

CERTIFICATE OF SERVICE – Case No.: C 07-04807 MHP

3.     Reassignment Order;

4.     Welcome to the U.S. District Court Handout;

5.     ECF Registration Information Handout;

6.     Public Notice – Magistrate Judge; and

7.     **Dispute Resolution Procedures in the Northern District of California.**

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Donald S. Edgar, Esq.                **Attorneys for Plaintiffs**
Jeremy R. Fietz, Esq.
Rex Grady, Esq.
Edgar LawFirm
408 College Avenue
Santa Rosa, CA 95401
(707) 545-3200 Phone
(707) 578-3040 Fax

GCT01\415201

    I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 26, 2007.

_____
ALEXINE BRAUN

---
-2-
CERTIFICATE OF SERVICE – Case No.: C 07-04807 MHP