UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dylan Lamm,

          Plaintiff(s),

   v.

Bumbo, Bumbo Limited, et al.

          Defendant(s).
_____/

No. C 07-04807 MHP

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 11, 2007

_____
Signature

Counsel for Def. TARGET STORES
(Plaintiff, Defendant or indicate "pro se")

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>Edgar LawFirm<br>408 College Avenue<br>Santa Rosa, CA  95401<br>(707) 545-3200  Phone<br>(707) 578-3040  Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on October 11, 2007.

_____
Alexine L. Braun

GCT01\414782

---
-2-
CONSENT TO PROCEED – Case No.:  C-07-04807 MHP