UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DYLAN LAMM, et al

           Plaintiff(s),

v

BUMBO, BUMBO LIMITED, et al

           Defendant(s)
_____/

Case No   C-07-04807 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L R  16-8(b) and ADR L R  3-5 (b), each of the undersigned certifies that he or she has

     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45),*

     (2) Discussed the available dispute resolution options provided by the Court and private entities, and

     (3) Considered whether this case might benefit from any of the available dispute resolution options

Dated  12-20-07

[Party] Senior Counsel
Target corporation

Dated  12-19-07

Gail C Trabish
[Counsel]

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>Edgar LawFirm<br>408 College Avenue<br>Santa Rosa, CA  95401<br>(707) 545-3200  Phone<br>(707) 578-3040  Fax | **Attorneys for Plaintiffs** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on December 20, 2007.

_____
ALEXINE BRAUN

25131\421530