# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: CV07-04807 MHP

Plaintiff:
**Dylan Lamm, a minor by and through his guardian ad litem Mary Catherine Doherty; and Kevin Lamm**

vs.

Defendant:
**Bumbo, Bumbo Limited, Bumbo (PTY) Ltd, and Target Corporation**

For:
Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA  96401

Received by Still Waters Process Service on the 26th day of December, 2007 at 10:53 am to be served on **Bumbo Limited, 12248 Fm 1485, Conroe, TX 77306**.

I, Jesse Spicer, being duly sworn, depose and say that on the **27th day of December, 2007** at **2:25 pm, I:**

**CORPORATE:**  served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Mark Buchanan** as **Owner** for **Bumbo Limited**, and informed said person of the contents therein, in compliance with state statutes.

I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to serve citations and other notices from any District, County and Justice Courts in and for the State of Texas.  I am competent to make this oath; I am not a party to the above-referenced cause; am not less than 18 years of age; am not interested in the outcome of the above-referenced cause; and have never been convicted of a felony or crime of moral turpitude;

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2009

Subscribed and Sworn to before me on the 4th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Jesse Spicer
SCH1166

**Still Waters Process Service**
715 W. Davis
Suite 68
Conroe, TX  77301
(936) 672-4775
Our Job Serial Number: 2007000751