GAIL C. TRABISH, ESQ. (#103482) *gtrabish@bjg.com*
HEATHER A. GLADSTONE, ESQ. (#238517) *hgladstone@bjg.com*
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No.: CV 07-04807 MHP<br><br>**DECLARATION OF HEATHER A. GLADSTONE, ESQ. IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Complaint Filed:   August 16, 2007 |

I, Heather A. Gladstone, declare:

1. I am an attorney licensed to practice before all the courts of the State of California, am licensed to practice in the United States District Court for the Northern District of California, and am an associate with the law firm, Boornazian, Jensen and Garthe, attorney of record for defendant TARGET STORES, a division of TARGET CORPORATION.

2. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness to testify, I could and would competently testify thereto.

3. Attached as **Exhibit A** is a true and correct copy of the Complaint filed in the case entitled *Lamm v. Bumbo, et al.*, USDC Case No.: CV 07-04807.

4. Attached as **Exhibit B** is a true and correct copy of the Complaint filed in the case

-1-

-2-

1  entitled *Whitson v. Bumbo, et al.*, USDC Case No.: C-07-05597.

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on this 8th day of January, 2008 at Oakland, CA.

*[signature]*
HEATHER A. GLADSTONE, ESQ.

25231\422504