

1  GAIL C. TRABISH, ESQ. (#103482) *gtrabish@bjg.com*
   HEATHER A. GLADSTONE, ESQ. (#238517) *hgladstone@bjg.com*
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  DYLAN LAMM, a minor by and through his  )   Case No.:  CV 07-04807 MHP
    guardian ad litem MARY CATHERINE        )
12  DOHERTY; and KEVIN LAMM,                 )
                                            )   **[PROPOSED] ORDER DENYING**
13           Plaintiffs,                     )   **PLAINTIFFS' ADMINISTRATIVE**
                                            )   **MOTION TO CONSIDER WHETHER**
14  vs.                                      )   **CASES SHOULD BE RELATED**
                                            )
15  BUMBO, BUMBO LIMITED, BUMBO             )
    (PTY) LTD.; TARGET CORPORATION;         )
16  and DOES 1 to 20,                        )
                                            )   Complaint Filed:      August 16, 2007
17           Defendants.                     )
                                            )
18  _____)

19       Having reviewed the parties' papers in connection with plaintiffs' Administrative Motion

20  to Consider Whether Cases Should Be Related, and good cause appearing,

21       IT IS HEREBY ORDERED THAT plaintiffs' Administrative Motion to Consider Whether

22  Cases Should Be Related is DENIED.

23       Plaintiffs have failed to demonstrate that the present case entitled *Lamm v. Bumbo, et al.*,

24  USDC Case No.: CV 07-04807 is related to the subsequently filed case entitled *Whitson v. Bumbo,*

25  *et al.*, USDC Case No.: C-07-05597, as required by Civil L.R. 3-12.  Plaintiffs have not shown that

26  the actions concern substantially the same parties, property, transaction or event and that there will

27  be an unduly burdensome duplication of labor and expense or conflicting results if the cases are

28  conducted before different Judges.

                                        -1-

-2-

1    **IT IS SO ORDERED.**

2

3    DATED: _____

4

5                                    _____
                                     HON. MARILYN HALL PATEL
                                     JUDGE OF THE UNITED STATES
6                                    DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-