```
 1  GAIL C. TRABISH, ESQ. (#103482) gtrabish@bjg.com
    HEATHER A. GLADSTONE, ESQ. (#238517) hgladstone@bjg.com
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant
    TARGET STORES, a division
 7  of Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No.:  CV 07-04807 MHP<br><br>**CERTIFICATE OF ELECTRONIC SERVICE OF DEFENDANT TARGET STORES' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND SUPPORTING DOCUMENTS**<br><br>Complaint Filed:　　August 16, 2007 |

///
///
///
///
///
///
///
///

-1-

Cert. of Electronic Service of Opposition to Pltf.'s Administrative Mo. to Consider Whether Cases Should Be Related and Supporting Documents — Case No.: C-07-04807 MHP

# CERTIFICATE OF ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served **(1) DEFENDANT TARGET STORES' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; (2) DECLARATION OF HEATHER A. GLADSTONE, ESQ. IN SUPPORT; AND (3) [PROPOSED] ORDER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| **Jeremy R. Fietz**<br>The Law Office of Donald S. Edgar<br>408 College Avenue<br>Santa Rosa, CA 95401<br>(707) 545-3200<br>(707) 578-3040 (fax)<br>jeremy@classattorneys.com | **Attorneys for Plaintiff** |

I served a courtesy copy of said documents on the below-named party and caused said document to be transmitted for mailing by overnight service with Federal Express:

| | |
|---|---|
| (courtesy copy)<br><br>**Jennifer J. Johnston**<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030<br>310-557-1299 (fax) | **Attorneys for Defendant**<br>**Bumbo (PTY) Ltd** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on January 8, 2008

*Jacquelyn S. Lewis*
Jacquelyn S. Lewis

25231/422817

-2-