# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lamm,<br><br>            Plaintiff(s),<br><br>      v.<br><br>Bumbo, Bumbo Limited,<br><br>            Defendant(s). | 07-04807 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Eric Danoff**
Emard Danoff Port Tamulski & Paetzold, LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
415-227-9455

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

United States District Court
Northern District of California

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 8, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov