**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-4807  MHP                 Judge: MARILYN H. PATEL

Title: DYLAN LAMM et al -v- BUMBO et al

Attorneys:  Plf: Jeremy Feitz, Donald Edgar
            Dft: Gail Trabish

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Related case notice to C 07-5597 CW discussed; Opposition to notice to be filed by 1/8/2008; Reply to be filed by 1/14/2008; Limited disclosures produced; Discovery to be worked out (limited) within the next 60 days;

Further status conference set for May 5, 2008 at 3:00 pm, with a joint status report to be filed one week prior;

ADR order re mediation  stayed;