**EXHIBIT A**

CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 19, 2007

**VIA FACSIMILE AND REGULAR U.S. MAIL**

Donald S. Edgar, Esq.
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:    Wendy D. Whitson, etc. v. Bumbo, et al.
       **United States District Court – Northern District of California**
       **Case No. CV07-5597 CW**
       **C & F File No.:  8123.63140**

Dear Mr. Edgar:

We are attorneys for Bumbo (Pty) Ltd.  We understand that you filed the above-referenced lawsuit in the Northern District of California on November 2, 2007, and have named Bumbo as a defendant in that action.

At present, Bumbo has no information that it has received the summons and complaint in the above-referenced lawsuit by any purported means of service.  Further, according to the court's docket, no proof of service showing any purported service on Bumbo has been filed.

If it is your contention that Bumbo has been served with a summons and complaint, we request that you advise us immediately and provide us with the details of the purported service, including the name of the person upon whom service was purportedly made, the date of the purported service, the place of the purported service, and the method by which the service was purportedly made.

Also, since Bumbo is a South African company and any attempts of service will need to be made through proper channels in South Africa, we request that you advise us immediately when you believe you have effected service on Bumbo in South Africa.

Lastly, if, at any time, you believe that you have effected service on Bumbo, we request that you advise us before you attempt any default proceedings against Bumbo.

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 19, 2007
Page 2

We thank you in advance for your anticipated cooperation with this matter.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: November 15, 2007 | No. of Pages including fax cover sheet: 2 |
| --- | --- |
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
| --- | --- | --- | --- | --- |
| | Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:  **Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

P. 1

✻  ✻  ✻  Memory TX Result Report ( Nov. 19. 2007  5:29PM ) ✻  ✻  ✻

1)
2)  Condon&Forsyth

Date/Time: Nov. 19. 2007  5:23PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 2836 | Memory TX | #06217075783040 | P.  3 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

FACSIMILE TRANSMISSION

| Date: November 15, 2007 | No. of Pages including fax cover sheet: 2 |
|---|---|
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|-----------|---------|---------|-----------|
| Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the sender is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:   Whitson v. Bumbo, et al.

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299

**EXHIBIT B**



**EDGAR LAW FIRM**
ATTORNEYS AND COUNSELORS AT LAW
408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040

Jumbo | harm
8123.63140
RECEIVED
NOV 2 6 2007
CONDON & FORSYTH LLP
Correp. File
RS)}

**ATTORNEYS**

DONALD S. EDGAR
(Also admitted to
Washington D.C. Bar)

JEREMY R. FIETZ

REX GRADY

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

jrg@classattorneys.com

21 November 2007

<u>via Fax to (310) 557-1299 and U.S. Mail</u>

Jennifer J. Johnston, Esq.
CONDON & FORSYTH   LLP
1901 Avenue of the Stars, Ste. 850
Los Angeles, CA 90067-6010

Re:   Dylan Lamm, etc., et al. v. Bumbo, et al.
United States District Court-Northern District
Case No. CV07-04807 MHP
Your file No. 8123.63140

Dear Ms. Johnston:

This letter is written to acknowledge receipt of yours of November 15, 2007, regarding the above-captioned matter.

**LEGAL ASSISTANTS**

SHANNAH J. AHMED

SELENA A. LA RUE

E-Mail
sjm@classattorneys.com

sal@classattorneys.com

Please be advised that, with all due respect, we request that you all do whatever you all need to do to represent your clients. At this time, we respectfully decline to enter into any agreement(s) set forth in your letter of November 15, 2007.

Very truly yours
EDGAR LAW FIRM

Donald S. Edgar, Esq.

DSE:sks

**EXHIBIT C**

.CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:    Dylan Lamm, etc., et al. v. Bumbo, et al.
       United States District Court – Northern District
       Case No. CV07-04807 MHP
       C & F File No.: 8123.63140

Dear Mr. Edgar:

This is to acknowledge receipt of your letter dated November 21, 2007, in which you refused to provide us with any details of the purported service on Bumbo in South Africa. We can interpret this only as an admission from you that you have not effected service of process through the proper channels.

As we previously advised you, Bumbo has no record of any attempts of purported service on it in South Africa and it remains our position that Bumbo has not been served. If you have any information contrary to this, we again invite you to provide it to us.

Also, we again request that you refrain from any attempts to obtain a default judgment against Bumbo. Should you chose to do so, we will have to advise the court of your lack of cooperation and seek whatever remedies may be appropriate.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 21, 2007
Page 2

bcc:   Rod D. Margo, Esq.

      Danie le Roux
      (via email Daniel@wwb.co.za)

      Jakobus van der Walt
      (via email jakobusv@wwb.co.za)

      Michael North, Esq.
      (via email michaeln@wwb.co.za)



PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**CORPORATION REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Secretary of State
DIVISION OF CORPORATIONS

FILED

07 JUN 26  AM 8: 48

# STATE
TALLAHASSEE. FLORIDA

DOCUMENT # *P01000072771*

1. Corporation Name
*Wartburg Enterprises, Inc*

**REINSTATEMENT 04-07**

CR2E081 (1/07)

| 2. Principal Office Address - No P.O. Box # | 3. Mailing Office Address |
|---|---|
| *12248 FM 1485* | *12248 FM 1485* |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |

4. Date Incorporated or Qualified To Do Business in Florida  *7/24/01*

| City & State *Conroe, TX* | City & State *Conroe, TX* | 5. FEI Number *90-0186735* | Applied For / Not Applicable |
|---|---|---|---|

| Zip *77306* | Country *Montgomery* | Zip *77306* | Country *Montgomery* | 6. CERTIFICATE OF STATUS DESIRED ☐ | $8.75 Additional Fee required for a Certificate of Status |
|---|---|---|---|---|---|

7. Name and Address of Current Registered Agent

Name *Grant Kaplan*

Street Address (P.O. Box Numbers Not Acceptable) *7200 W. Camino Real*

Suite, Apt. #, Etc. *#102*

City *Boca Raton*   State **FL**   Zip Code *33433*

☐ The reinstatement fee is imposed, except in circumstances which the entity did not receive the prior notices. By checking this box, you are certifying the prior notices were not received and requesting the reinstatement fee be waived.

8. I, being appointed the registered agent of the above named corporation am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent _____   REGISTERED AGENT MUST SIGN   Date *06/20/07*

9. Names and Street Addresses of Each Officer and/or Director (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| *Pres* | *R. Gergers* | *7200 W. Camino Real #102* | *Boca Raton, FL 33433* |
| *Vice Pres* | *M. Buchanan* | *12248 FM 1485* | *Conroe, TX 77306* |
| *Vice Pres* | *H. Dammann* | *11392 Ward Rd.* | *Conroe, TX 77306* |

*$16/27*

600104861936
06/16/07  01025-015  **1208.75

10. I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and the names of individuals listed on this form do not qualify for an exemption contained in Chapter 119, F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

SIGNATURE: _____   *Mark Buchanan*   *4/17/07*   *832-276-6693*
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

02-03
2002

**FOR PROFIT CORPORATION**
**UNIFORM BUSINESS REPORT (UBR)**

FILED

DOCUMENT # P01000072771

1. Entity Name

Wartburg Enterprises, Inc.

03 FEB 21 AM 11:42

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## DO NOT WRITE IN THIS SPACE

900012974659
02/21/03--01112--023  **300.00

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. 130 NE 4th Ave | Suite, Apt. #, etc. 130 NE 4th Avenue |
| City & State Deerfield Beach, FL. | City & State Deerfield Beach, FL. |
| Zip 33441   Country | Zip 33441   Country |

DO NOT WRITE IN THIS SPACE

4. FEI Number  65-0883967   ☐ Applied For / Not Applicab

5. Certificate of Status Desired  ☐   $8.75 Additional Fee Required

## DO NOT WRITE IN THIS SPACE

7. Name and Address of Current Registered Agent

Name  R. Gebers

Street Address (P.O. Box Number is Not Acceptable)

130 NE 4th Avenue

City Deerfield Beach   FL   Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____   7/18/03

Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

9. This corporation is eligible to satisfy its intangible Tax filing requirement and elects to do so. ☐
(See criteria on back)

January 1, May 1, Fee is $150.00
After May 1, Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

**11.** OFFICERS AND DIRECTORS

| TITLE PSU T<br>NAME R. Gebers<br>STREET ADDRESS 130 NE 4th Avenue<br>CITY-ST-ZIP Deerfield Beach, FL. 33441 | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP |
|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DO NOT WRITE<br>IN THIS SPACE |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE: _____   7/18/07

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

**FOR PROFIT CORPORATION —**
**UNIFORM BUSINESS REPORT (UBR)**

*2003*

DOCUMENT # P01000072771

1. Entity Name

Wartburg Enterprises, Inc.

## DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address | |
|---|---|---|
| Suite, Apt. #, etc. 130 NE 4th Avenue | Suite, Apt. #, etc. 130 NE 4th Avenue | DO NOT WRITE IN THIS SPACE |
| City & State Deerfield Beach, Florida | City & State Deerfield Beach, Florida | 4. FEI Number 65-0993967 · Applied Not App. |
| Zip 33441 Country | Zip 33441 Country | 5. Certificate of Status Desired ☐ $8.75 Additional Fee Required |

7. Name and Address of Current Registered Agent

Name R. Gebers

Street Address (P.O. Box Number is Not Acceptable)

130 NE 4th Avenue

City Deerfield Beach   FL   Zip Code 33441

### DO NOT WRITE IN THIS SPACE

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____   2/18/03
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

| 9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐ | January 1, May 1 Fee is $150.00 After May 1 Fee is $550.00 Amended UBR is $61.25 Make Check Payable to Department of State | 10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Added to Fe |
|---|---|---|

**11.**                        **OFFICERS AND DIRECTORS**

| TITLE PSUT NAME R. Gebers STREET ADDRESS 130 NE 4th Ave CITY-ST-ZIP Deerfield Beach, FL-33441 | TITLE NAME STREET ADDRESS CITY-ST-ZIP | |
|---|---|---|
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | TITLE NAME STREET ADDRESS CITY-ST-ZIP | |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | TITLE NAME STREET ADDRESS CITY-ST-ZIP | **DO NOT WRITE** |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | TITLE NAME STREET ADDRESS CITY-ST-ZIP | **IN THIS SPACE** |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | TITLE NAME STREET ADDRESS CITY-ST-ZIP | |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | TITLE NAME STREET ADDRESS CITY-ST-ZIP | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE: _____   2/18/07
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

WARTBURG ENTERPRISES, INC.
130 N.E. 4TH Avenue
Deerfield Beach
Florida
33441

February 18, 2003

The Department of State
Division of Corporations
Tallahassee
Florida

Dear Sirs:

RE: WARTBURG ENTERPRISES, INC.  P01000072771

   We changed our address in December 2001 and filled out the relevant address change forms at the post office.

   However, we never received the Annual Corporate Renewal form through the mail and only after our CPA asked us this month if we had paid the bill did we realize that the payment had not been made.  We would appreciate it if you would accept the enclosed check for $ 300.00, which will include the fees for 2002 and 2003 and also abate the penalty.

   We apologize for any inconvenience caused.

Sincerely,

R. Gerbers (Pres)

-16-



FIL~~INGS, IN~~ ~~CORPORA~~TION

~~Register's~~

2~~2~~5 LITTLE ~~JEAL~~ ROAD

(Address)

TALLAHASSEE, FLORIDA 32308          385-6735

(City, State, Zip)     (Phone #)

OFFICE USE ONLY

**CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):**

1. _Wartburg Enterprises, Inc._
   (Corporation Name)                    (Document #)

2. _____
   (Corporation Name)                    (Document #)

3. _____
   (Corporation Name)                    (Document #)

4. _____
   (Corporation Name)                    (Document #)

☑ Walk in    ☐ Pick up time _____    ☐ Certified Copy

☐ Mail out   ☐ Will wait   ☐ Photocopy   ☑ Certificate of Status

| NEW FILINGS | AMENDMENTS |
|---|---|
| ☑ Profit | Amendment |
| NonProfit | Resignation of R.A., Officer/Director |
| Limited Liability | Change of Registered Agent |
| Domestication | Dissolution/Withdrawal |
| Other | Merger |

| OTHER FILINGS |
|---|
| Annual Report |
| Fictitious Name |
| Name Reservation |

| REGISTRATION/ QUALIFICATION |
|---|
| Foreign |
| Limited Partnership |
| Reinstatement |
| Trademark |
| Other |

500004494255--0
-07/25/01--01002--003
****78.75   ****78.75

Examiner's Initials

CR2E031(10/92)

www.sunbiz.org – Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List    Next on List    Return To List

Events        No Name History

[ Entity Name ]

# Detail by Entity Name

## Florida Profit Corporation

WARTBURG ENTERPRISES, INC.

## Filing Information

| | |
|---|---|
| Document Number | P01000072771 |
| FEI Number | 900186735 |
| Date Filed | 07/24/2001 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 06/26/2007 |
| Event Effective Date | NONE |

## Principal Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Mailing Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Registered Agent Name & Address

KAPLAN, GRANT
7200 W CAMINO REAL
#102
BOCA RATON FL 33433 US

Name Changed: 06/26/2007

Address Changed: 06/26/2007

## Officer/Director Detail

Name & Address

–18–

Title P

GEBERS, R
7200 W CAMINO REAL #102
BOCA RATON FL 33433

Title V

BUCHANAN, M
12248 FM 1485
CONROE TX 77306

Title V

DAMMANN, H
11392 WARD RD
CONROE TX 77306

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| **2005** | 06/26/2007 |
| **2006** | 06/26/2007 |
| **2007** | 06/26/2007 |

## Document Images

| | |
| --- | --- |
| 06/26/2007 -- REINSTATEMENT | View image in PDF format |
| 02/21/2003 -- ANNUAL REPORT | View image in PDF format |
| 07/24/2001 -- Domestic Profit | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List        Return To List

Events        No Name History                                    Entity Name

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

ARTICLES OF INCORPORATION

ARTICLE I - NAME

The name of this corporation is Wartburg Enterprises, Inc.

ARTICLE II - PRINCIPAL OFFICE

The mailing address of this corporation shall be
C/O Grant Kaplan
20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

ARTICLE III - PURPOSE

This corporation is organized for the purpose of transacting any or all lawful business,

ARTICLE IV - CAPITAL STOCK

This corporation is authorized to issue 100 shares of $1.00 par value common stock which shall be designated as "Common Shares".

ARTICLE V - INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of this corporation is 3732 N.W. 16th Street, Fort Lauderdale, Florida 33311 and the name of the initial registered agent of this corporation at that address is Eilings, Inc., a

1

Florida corporation.

### ARTICLE VI - INITIAL BOARD OF DIRECTORS

The Corporation shall initially have one (1) director to hold office until the first annual meeting of stockholders and his successor shall have been duly elected and qualified, or until his earlier resignation, removal from office or death. The number of Directors may be either increased or decreased from time to time in accordance with the By-laws of the Corporation. The name and address of the initial Director is:

R. Gebers
C/O Grant Kaplan, 20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

### ARTICLE VII - INCORPORATOR

The name and address of the Incorporator signing these Articles is:

Filings, Inc., a Florida Corporation
3732 N.W. 16th Street
Fort Lauderdale, Florida 33311

### ARTICLE VIII - PRE-EMPTIVE RIGHTS

Every shareholder, upon the sale for cash of any new stock of this corporation shall have the right to purchase his prorata share thereof (as nearly as may be done without issuance of fractional shares) at the price at which it is offered to others.

### ARTICLE IX - INDEMNIFICATION

The corporation shall indemnify any Officer or Director, or any former Officer or Director, to the full extent permitted by law.

2

## ARTICLE X - AMENDMENT

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation on the date of signing.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

_Teresa Roman_
Incorporator

3

Certificate designating place of business or domicile for the service of process within Florida, naming agent upon whom process may be served.

In compliance with Section 607.0501, Florida Statutes, the following is submitted:

First that Wartburg Enterprises, Inc., desiring to organize or qualify under the laws of the State of Florida, has named Filings, Inc., a Florida corporation, located at 3732 N.W. 16th Street, Fort Lauderdale, Florida, as its agent to accept service of process within Florida.

Dated: July 24, 2001

_Teresa Roman_
Teresa Roman, Incorporator

Having been named to accept service of process for the above stated Corporation, at the place designated in this certificate, I hereby agree to act in this capacity. I further agree to comply with the provisions of all Statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

_Teresa Roman_

SECRETARY OF STATE
TALLAHASSEE FLORIDA
JUL 24 PM 3:16

4

EXHIBIT E

*FD 63162*
*Bumbo/Whitson*

## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

December 21, 2007

**VIA REGULAR MAIL AND FACSIMILE N0. 707-578-3040**

Jeremy R. Fietz, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:     **Wendy D. Whitson, et al. v. Bumbo, et al.**
        **United States District Court--Northern District**
        **Case No. CV07-5597 CW**
        **C&F File No.: 1720.63162**

Dear Mr. Fietz:

As we previously advised your firm, we are attorneys for Bumbo (Pty.) Ltd. We have noted that on December 20, 2007, you filed a request to enter default against "Defendant Bumbo." In your request to enter default, you rely on an affidavit of service showing purported service on Bumbo through a Dione Buchanon in Conroe, Texas.

We are writing to advise that our client does not have any offices, officers, or employees in Texas. Further, contrary to the statements in the affidavit of service, Dione Buchanon is not an owner of "Bumbo." Additionally, the address at which the summons and complaint were purportedly served is an address for a Wartburg Enterprises, Inc. Wartburg Enterprises, Inc. is not authorized to accept service of process on behalf of Bumbo. Accordingly, any attempts at service on Bumbo by delivering the summons and complaint to Wartburg Enterprises is not effective service.

We request that you immediately withdraw your request to enter default which you have improperly filed with the court.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

cc:     Ms. Gail Trabish
        (via email gtrabish@bjg.com)

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: December 21, 2007 | No. of Pages including fax cover sheet: 2 |
| --- | --- |
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
| --- | --- | --- | --- | --- |
| | Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re: **Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

```
*  *  *   COMM. .CATION RESULT REPORT ( DEC. 21. 20..  3:14PM )  *  *  *

                                          TTI   CONDON & FORSYTH LA 310-557-1299
TRANSMITTED/STORED DEC. 21. 2007  3:13PM
FILE MODE      OPTION              ADDRESS                        RESULT      PAGE
7750 MEMORY TX                     G3   :#11017075783040          OK          2/2

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                    E-2) BUSY
E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION
```

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: December 21, 2007 | No. of Pages including fax cover sheet: 2 |
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|-----------|---------|---------|-----------|
| Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:   Whitson v. Bumbo, et al.

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299