```
 1  Rod D. Margo (State Bar No.: 097706)
    Jennifer J. Johnston (State Bar No.: 125737)
 2  CONDON & FORSYTH LLP
    1901 Avenue of the Stars, Suite 850
 3  Los Angeles, California 90067-6010
    Telephone: (310) 557-2030
 4  Facsimile:  (310) 557-1299
    Email: rmargo@condonlaw.com
 5  Email: jjohnston@condonlaw.com

 6  Attorneys Specially Appearing for Defendant
    BUMBO (PTY) LIMITED
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10
    DYLAN LAMM, a minor by and        )  Case No. C07-04807 MHP
11  through his guardian ad litem, MARY )
    CATHERINE DOHERTY; and KEVIN )  NOTICE OF MOTION AND
12  LAMM,                             )  MOTION TO QUASH SERVICE,
                                      )  DISMISS FOR IMPROPER
13           Plaintiffs,              )  SERVICE, LACK OF PERSONAL
                                      )  JURISDICTION AND FAILURE TO
14       vs.                          )  SERVE, AND FOR SANCTIONS;
                                      )  MEMORANDUM OF POINTS AND
15  BUMBO, BUMBO LIMITED, BUMBO )  AUTHORITIES IN SUPPORT
    (PTY) LTD.;TARGET                 )  THEREOF; DECLARATION OF
16  CORPORATION; and DOES 1 to 20, )  JENNIFER J. JOHNSTON;
                                      )  DECLARATION OF JESSICA
17           Defendants.              )  VIKER; DECLARATION OF
                                      )  JOHAN NICHOLAS
18                                    )  BUITENDACH; REQUEST FOR
                                      )  JUDICIAL NOTICE
19                                    )
                                      )  Date: February 25, 2008
20                                    )  Time: 2:00 p.m.
                                      )  Place:  Courtroom of the Hon.
21  _____ )          Marilyn Hall Patel

22

23       PLEASE TAKE NOTICE that on February 25, 2008, at 2:00 p.m., or as

24  soon thereafter as the matter may be heard, in Courtroom 15, before the Hon. -

25  Marilyn Hall Patel, defendant BUMBO (Pty) LIMITED("Bumbo-Pty") shall and

26  hereby does respectfully move this Court to dismiss this action pursuant to Fed R.

27  Civ. P. 12(b)(2) and 12(b)(5).  Bumbo-Pty further requests sanctions in the amount

28
```

1  of $2,820.00 against Mary Catherine Doherty, Kevin Lamm, Donald S. Edgar,
2  Jeremy R. Fietz and Rex Grady for bad faith conduct in filing Proof of Service.
3  Bumbo-Pty's motion is based upon this Notice of Motion and Motion, the
4  following Memorandum of Points and Authorities, the attached Declarations of
5  Jennifer J. Johnston, Jessica Viker and Johan Nicholas Buitendach, the Complaint,
6  and such additional matters as may be judicially noticed or properly come before
7  this Court prior to or at the hearing on this matter.

12  Dated: January 16, 2008               CONDON & FORSYTH LLP

14                                        By: _____
15                                        ROD D. MARGO
                                          JENNIFER J. JOHNSTON

16                                        Attorneys *Specially Appearing* for
17                                        Defendant BUMBO (PTY) LIMITED

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030