Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys *Specially Appearing* for Defendant
BUMBO (PTY) LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem, MARY CATHERINE DOHERTY; and KEVIN LAMM,, <br><br> Plaintiffs, <br><br> vs. <br><br> BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., TARGET CORPORATION; and DOES 1 to 20, <br><br> Defendants. | Case No. C07-04807 MHP <br><br> REQUEST FOR JUDICIAL NOTICE <br><br> Date:   February 25, 2008 <br> Time:   2:00 p.m. <br> Place:  Courtroom of the Hon. Marilyn Hall Patel |

Defendant BUMBO (Pty) LTD. ("Bumbo-Pty") hereby respectfully requests that this Court take judicial notice of the following court documents pursuant to Federal Rule of Evidence 201:

1.   The complaint in *Lamm v. Bumbo, et al.*, Case No. C07-04807 MHP, filed August 16, 2007.

2.   The Affidavit of Service on "Bumbo" by Still Waters Process Service, filed on January 7, 2008.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2008 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | BY: _____ |
| 4 | | ROD D. MARGO<br>JENNIFER J. JOHNSTON |
| 5 | | Attorneys *Specially Appearing* for Defendant<br>BUMBO (PTY) LIMITED |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

REQUEST FOR JUDICIAL NOTICE
CASE NO.: C07-04807 MHP