```
 1  Rod D. Margo (State Bar No.: 097706)
    Jennifer J. Johnston (State Bar No.: 125737)
 2  CONDON & FORSYTH LLP
    1901 Avenue of the Stars, Suite 850
 3  Los Angeles, California 90067-6010
    Telephone: (310) 557-2030
 4  Facsimile:  (310) 557-1299
    Email: rmargo@condonlaw.com
 5  Email: jjohnston@condonlaw.com

 6  Attorneys *Specially Appearing* for Defendant
    BUMBO (PTY) LIMITED
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DYLAN LAMM, a minor by and through his guardian ad litem, MARY CATHERINE DOHERTY; and KEVIN LAMM, | Case No. C07-04807 MHP |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., TARGET CORPORATION; and DOES 1 to 20, | |
| Defendants. | |

On February 25, 2008, the Motion of Defendant, Bumbo (Pty) Ltd. to Set Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to Serve, and for Sanctions came on for hearing before this Court in the Courtroom of the Honorable Marilyn Hall Patel.

After full consideration of the papers and pleadings on file in the action and admissible evidence, the Court finds:

1.   Plaintiffs have failed to effect service of process on Defendant, Bumbo (Pty) Ltd.

2.   This Court lacks *in personam* jurisdiction over Bumbo (Pty) Ltd., a South African corporation with its principal and only place of business in South

1 | Africa, because Bumbo (Pty) Ltd. does not have the requisite minimum contacts
2 | with California.
3 |       IT IS THEREFORE ORDERED that:
4 |       1.   Service of process on "Bumbo" is quashed;
5 |       2.   All claims against Bumbo (Pty) Ltd. are dismissed for lack of personal
6 | jurisdiction; and
7 |       3.   Mary Catherine Doherty, Kevin Lamm, Donald S. Edgar, Jeremy R.
8 | Fietz, and Rex Grady must pay $2,820 to Bumbo (Pty) Ltd. within 10 days of the
9 | date of this Order.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE
                                        HONORABLE MARILYN HALL PATEL

-2-

[PROPOSED] ORDER
CASE NO.: C07-04807 MHP