1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys *Specially Appearing* for Defendant
   BUMBO (PTY) LIMITED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DYLAN LAMM, a minor by and          )   Case No. C-07-04807 MHP
   through his guardian ad litem MARY  )
12 CATHERINE DOHERTY; and KEVIN        )   **[PROPOSED] ORDER**
   LAMM,                               )
13                                     )
           Plaintiffs,                 )
14                                     )
       vs.                             )
15                                     )
   BUMBO, BUMBO LIMITED, BUMBO         )
16 (PTY) LTD.; TARGET                  )
   CORPORATION; and DOES 1 to 20,      )
17                                     )
           Defendants.                 )
18 ─────────────────────────────────

19

20     On March 10, 2008, the Motion of Defendant, Bumbo (Pty) Limited to

21 Quash Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and

22 Failure to Serve, and for Sanctions came on for hearing before this Court in the

23 Courtroom of the Honorable Marilyn Hall Patel.

24     After full consideration of the papers and pleadings on file in the action and

25 admissible evidence, the Court finds:

26     1.   Plaintiffs have failed to effect service of process on defendant, Bumbo

27 (Pty) Limited.

28     2.   This Court lacks *in personam* jurisdiction over Bumbo (Pty) Limited,

1 a South African corporation with its principal and only place of business in South
2 Africa, because Bumbo (Pty) Limited does not have the requisite minimum
3 contacts with California.
4     IT IS THEREFORE ORDERED that:
5     1.   Service of process on "Bumbo" is quashed;
6     2.   All claims against Bumbo (Pty) Limited are dismissed for lack of
7 personal jurisdiction; and
8     3.   Mary Catherine Doherty, Kevin Lamm, Donald S. Edgar, Jeremy R.
9 Fietz, and Rex Grady must pay $2,820 to Bumbo (Pty) Limited within ten days of
10 the date of this Order.

Dated: _____   _____
                                  UNITED STATES DISTRICT JUDGE
                                  HONORABLE MARILYN HALL PATEL