Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>  Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD; TARGET CORPORATION; and Does 1 to 20,<br><br>  Defendants. | Case No. C 07-04807 MHP<br><br>**DECLARATION OF JOHAN NICHOLAS BUITENDACH IN SUPPORT OF BUMBO (PTY) LIMITED'S AMENDED MOTION TO QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS**<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Johan Nicholas Buitendach, declare:

1. I am the Owner of Bumbo (Pty) Ltd. This declaration is submitted in support of Bumbo (Pty) Ltd.'s motion to dismiss for insufficient service of process and lack of personal jurisdiction. I have personal knowledge of the facts attested to in this declaration, except for those facts stated upon information and belief, and, as to those facts, I believe them to be true. If called upon to do so, I could and would competently testify to all matters contained herein.

2. Bumbo (Pty) Ltd. is a manufacturing company located in South Africa which manufactures the Bumbo Baby Sitter, an infant seat.

3. Bumbo (Pty) Ltd. manufacturers the Bumbo Baby Sitter pursuant

to a manufacturing agreement with a separate legal entity, which trades as Bumbo International. Bumbo International markets and distributes the Bumbo Baby Sitter to various markets world-wide.

4. Bumbo (Pty) Ltd. is a private company which has been organized under the laws of South Africa and has its principal place of business in Pretoria, South Africa.

5. Bumbo (Pty) Ltd.'s one and only manufacturing plant and its corporate headquarters are located in Pretoria, South Africa.

6. The Bumbo Baby Sitter is manufactured and assembled entirely in South Africa by Bumbo (Pty) Ltd.

7. All employees of Bumbo (Pty) Ltd. are employed at its manufacturing plant or corporate headquarters in Pretoria, South Africa.

8. All officers and directors of Bumbo (Pty) Ltd. also work and reside in South Africa.

9. Bumbo (Pty) Ltd. does not now have and never has had any office, warehouse or manufacturing facility in the states of California or Texas, or any place else in the United States.

10. Bumbo (Pty) Ltd. does not now have and never has had any employees in the states of California or Texas, or any place else in the United States.

11. Bumbo (Pty) Ltd. does not now have and never has had a business license in the states of California or Texas, or any place else in the United States, and has never been registered to do business in any place in the United States.

12. Bumbo (Pty) Ltd. does not now own and never has owned any real or personal property in the states of California or Texas, or any place else in the United States.

13. Bumbo (Pty) Ltd. does not now maintain and never has maintained a bank account in the states of California or Texas, or any place else in the

United States.

14. Bumbo (Pty) Ltd. does not now have and never has had a California or Texas telephone number, or a telephone number in any other place in the United States.

15. Bumbo (Pty) Ltd. does not now have and never has had a mailing address in the states of California or Texas, or any place else in the United States.

16. Bumbo (Pty) Ltd. has never paid any taxes in the states of California or Texas, or any place else in the United States.

17. Bumbo (Pty) Ltd. has never conducted any meetings of its board of directors in the states of California or Texas, or any place else in the United States.

18. Bumbo (Pty) Ltd. does not maintain a sales force in the states of California or Texas, or any other place in the United States.

19. Bumbo (Pty) Ltd. does not now advertise and never has advertised in the states of California or Texas, or any place else in the United States.

20. Bumbo (Pty) Ltd. does not now have and never has had any agents for service of process in the states of California or Texas, or any place else in the United States.

21. Bumbo (Pty) Ltd. does not now have and never has had any distributors in the states of California or Texas, or any place else in the United States, who are authorized to accept service of process on behalf of Bumbo.

22. I am informed and believe that a company called Wartburg Enterprises, Inc., located in Conroe, Texas, is a distributor of the Bumbo Baby Sitter in Texas. Wartburg Enterprises, Inc. is not the sole distributor of the Bumbo Baby Sitter in the United States.

23. Bumbo (Pty) Ltd. and Wartburg Enterprises, Inc. are separate companies and do not share common shareholders, officers, directors, employees or offices.



LONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-
DECLARATION OF JOHAN NICHOLAS BUITENDACH
IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO
DISMISS

24. Wartburg Enterprises, Inc. is not authorized by Bumbo (Pty) Ltd. to accept service of process on behalf of Bumbo (Pty) Ltd.

25. I am informed and believe that Mark Buchanan, Vice President of Wartburg Enterprises, Inc., received a copy of the summons and complaint in this matter at Wartburg Enterprises, Inc.'s facility located at 12248 FM 1485, Conroe, Texas 77306.

26. Mark Buchanan is not an owner, officer, director or employee of Bumbo (Pty) Ltd.

27. Mark Buchanan is not authorized by Bumbo (Pty) Ltd. to accept service of process on behalf of Bumbo (Pty) Ltd.

28. Bumbo (Pty) Ltd. does not maintain any offices or employees at 12248 FM 1485, Conroe, Texas 77306.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of January, 2008 at PRETORIA SOUTH AFRICA

_____
Johan Nicholas Buitendach

LONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6910
Telephone: (310) 557-2030

DECLARATION OF JOHAN NICHOLAS BUITENDACH
IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO DISMISS

-4-