1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for *Specially Appearing* Defendant
   BUMBO (PTY) LIMITED

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  DYLAN LAMM, a minor by and              )   Case No. C-07-04807 MHP
    through his guardian ad litem MARY      )
12  CATHERINE DOHERTY; and KEVIN            )   **DECLARATION OF JENNIFER**
    LAMM,                                   )   **J. JOHNSTON IN SUPPORT OF**
13                                          )   **BUMBO (PTY) LIMITED'S**
              Plaintiffs,                   )   **AMENDED MOTION TO QUASH**
14                                          )   **SERVICE, DISMISS FOR**
         vs.                                )   **IMPROPER SERVICE, LACK OF**
15                                          )   **PERSONAL JURISDICTION**
    BUMBO, BUMBO LIMITED, BUMBO             )   **AND FAILURE TO SERVE, AND**
16  (PTY) LTD.; TARGET                      )   **FOR SANCTIONS**
    CORPORATION; and DOES 1 to 20,          )
17                                          )   Date:   March 10, 2008
              Defendants.                   )   Time:   2:00 p.m.
18                                          )   Place:  Courtroom of the Hon.
                                            )           Marilyn Hall Patel
19  _____)

20       I, Jennifer J. Johnston declare:

21       1.     I am a member of the law firm of Condon & Forsyth LLP, attorneys

22  of record for defendant Bumbo (Pty) Limited.  I have personal knowledge of the

23  facts stated in this declaration, except for those facts stated upon information and

24  belief and, as to those factors, I am informed and believe that they are true and

25  correct.  If called as a witness, I could competently testify to these facts.  I submit

26  this declaration in support of Bumbo (Pty) Limited's Amended Motion to Quash

27

28  DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
    OF BUMBO (PTY) LTD.'S AMENDED MOTION TO QUASH
    SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
    PERSONAL JURISDICTION AND FAILURE TO SERVE, AND
    FOR SANCTIONS
    CASE NO. C 07-04807 MHP

1  Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to

2  Serve, and for Sanctions.

3      2.     I am informed and believe that in or around November 2007, Bumbo

4  (Pty) Limited learned through co-defendant, Target Corporation ("Target"), that

5  certain lawsuits had been filed against Bumbo (Pty) Limited and Target and that

6  the lawsuits were pending in the United States District Court for the Northern

7  District of California.

8      3.     I am informed and believe that Bumbo (Pty) Limited has no

9  information that it has ever been served in any lawsuit pending in the United States

10  District Court for the Northern District of California. Bumbo (Pty) Limited

11  learned through Target that plaintiffs' attorneys in the lawsuits claimed to have

12  served "Bumbo."

13      4.     Bumbo (Pty) Limited initially retained the law firm of Condon and

14  Forsyth LLP ("C&F") to monitor the docket and ensure that default would not be

15  taken.

16      5.     Bumbo (Pty) Limited also requested C&F to contact plaintiffs'

17  attorneys and request information about the purported service.

18      6.     I instructed my office to check the court dockets, and we located two

19  lawsuits. These lawsuits were *Lamm v. Bumbo*, Case No. C-07-04807 and *Whitson*

20  *v. Bumbo*, Case No. C-07-05597. Attorneys of record for the plaintiffs in both the

21  *Lamm* and *Whitson* actions are the Edgar Law Firm.

22      7.     On November 15, 2007, I sent a letter to plaintiffs' attorneys

23  requesting information regarding service of the summons and complaint in the

24  *Lamm* action. I further requested plaintiffs' attorneys to advise C&F before a

25  default was requested. A true and correct copy of this letter is attached hereto as

26  Exhibit "A."

27

28  DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT          - 2 -
OF BUMBO (PTY) LTD.'S AMENDED MOTION TO QUASH
SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
PERSONAL JURISDICTION AND FAILURE TO SERVE, AND
FOR SANCTIONS
CASE NO.: C 07-04807 MHP

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

8.    I received a letter from plaintiffs' attorneys, dated November 21, 2007. They refused to provide me with any information regarding service or to "enter into any agreements" with C&F regarding the decision to seek default. A true and correct copy of this letter is attached hereto as Exhibit "B."

9.    I then sent another letter to plaintiffs' attorneys on November 21, 2007, advising them that C&F had no record of any service made on Bumbo (Pty) Limited and further requesting them to "refrain from any attempts to take a default judgment against Bumbo." No response was received. A true and correct copy of this letter is attached hereto and Exhibit "C."

10.    After learning that a default based upon a defective affidavit had been entered against Bumbo (Pty) Limited in the *Whitson* matter, C&F filed a motion to set aside the default, quash service, dismiss for insufficiency of service of process and lack of personal jurisdiction and for sanctions due to plaintiffs' vexatious and unreasonable conduct. This motion was filed on December 28, 2007, and is set for hearing on February 21, 2008.

11.    Subsequently, I learned that plaintiffs filed an affidavit of service in the *Lamm* action on January 7, 2008, claiming that they effected service on "Bumbo Limited" by serving "Mark Buchanan" as "owner" in Conroe, Texas. I attempted to obtain information about the purported service and learned that the summons and complaint were delivered to Wartburg Enterprises, Inc., a Texas distributor of the "Baby Sitter."

12.    I am informed and believe that the address where the summons and complaint were purportedly served in the *Lamm* action belongs to a facility operated by Wartburg Enterprises, Inc. Wartburg Enterprises, Inc. acts as a distributor for the "Baby Sitter" but is a separate company incorporated in Florida and not an agent for service of process for Bumbo (Pty) Limited. A true and

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

- 3 -

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF BUMBO (PTY) LTD.'S AMENDED MOTION TO QUASH
SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
PERSONAL JURISDICTION AND FAILURE TO SERVE, AND
FOR SANCTIONS
CASE NO.: C 07-04807 MHP

1  correct copy of Wartburg Enterprises, Inc.'s Articles of Incorporation is attached

2  hereto as Exhibit "D."

3      13.    After learning of the defective affidavit filed in the *Lamm* action, I

4  sent yet another letter to plaintiffs' attorneys advising, again, that neither Wartburg

5  Enterprises, Inc. nor Mark Buchanan was authorized to accept service of process

6  on behalf of Bumbo (Pty) Limited and requesting that they immediately withdraw

7  their affidavit. Again, C&F received no response to this letter. A true and correct

8  copy of this letter is attached hereto as Exhibit "E."

9      14.    At the date of this motion, I have still not received any

10  communication from plaintiffs' attorneys regarding any service issue, other than

11  the above-referenced letter of November 21, 2007.

12      15.    I have spent two hours of time attempting to quash service and

13  dismiss due to inadequate service in this action. This includes my time in

14  preparation of the declarations, review of the amended motion and memorandum

15  of points and authorities in support thereof, communications with my client, and

16  communications with plaintiffs' attorneys. My hourly rate is $375.

17      16.    Most of the preparation of the amended motion and memorandum of

18  points and authorities was completed by Lisa M. Pierce. Ms. Pierce spent ten

19  hours on the preparation of this amended motion. Ms. Pierce's hourly rate is $185.

20      17.    Jessica Viker is a paralegal at C&F. Ms. Viker has spent two hours in

21  monitoring the court's docket daily as well as in communications with

22  plaintiffs' attorneys. Ms. Viker's hourly rate is $110.

23      18.    The total fees expended thus far in C&F's attempt to quash service

24  and dismiss due to inadequate service are $2,820. Bumbo (Pty) Limited is

25  requesting this amount in sanctions against plaintiffs and their attorneys.

26      19.    I anticipate that additional time will be spent in responding to

27

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

28  DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT    - 4 -
OF BUMBO (PTY) LTD.'S AMENDED MOTION TO QUASH
SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
PERSONAL JURISDICTION AND FAILURE TO SERVE, AND
FOR SANCTIONS
CASE NO.: C 07-04807 MHP

1    opposition papers, preparing for the hearing in this matter and traveling to the

2    hearing.  C&F reserves the right to submit further declarations concerning

3    additional expenses incurred.

4            I declare under penalty of perjury that the foregoing is true and correct.

5    Executed this 28th day of January 2008 at Los Angeles, California.

6

7

8                                        Jennifer J. Johnston

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

28    DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT        - 5 -
      OF BUMBO (PTY) LTD.'S AMENDED MOTION TO QUASH
      SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
      PERSONAL JURISDICTION AND FAILURE TO SERVE, AND
      FOR SANCTIONS
      CASE NO : C 07-04807 MHP