**EXHIBT A**

Case 3:07-cv-04807-MHP    Document 33-2    Filed 01/29/2008    Page 1 of 2

**CONDON & FORSYTH LLP**

NEW YORK<br>LOS ANGELES

November 15, 2007

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:   Dylan Lamm, etc., et al. v. Bumbo, et al.
      United States District Court – Northern District
      Case No. CV07-04807 MHP
      C & F File No.: 8123.63140

Dear Mr. Edgar:

We are the attorneys for Bumbo (Pty) Ltd. We understand that it is your contention that the above-referenced lawsuit has been served on Bumbo at its offices in South Africa. As you know, yesterday, my assistant, Jessica Viker, spoke to you and you advised her that you had Bumbo served sometime in October. However, you were unable to confirm the exact date of the purported service.

At present, Bumbo has been unable to confirm that it has received the summons and complaint by any purported means of service. We are continuing to investigate to determine if anyone in the company received a copy of the summons and complaint by a purported means of service. We would appreciate it if you would advise us of when and how Bumbo was purportedly served, including the name of the person upon whom service was made.

We also request that no attempt be made to obtain a default judgment against Bumbo while we are attempting to sort out the details of the purported service of process.

We thank you in advance for your anticipated cooperation with this matter.

Very truly yours,

Jennifer J. Johnston

JJJ:cj