**EXHIBT B**



**EDGAR LAW FIRM**
ATTORNEYS AND COUNSELORS AT LAW
408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040



ATTORNEYS

DONALD S. EDGAR
(Also admitted to
Washington D.C. Bar)

JEREMY R. FIETZ

REX GRADY

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

jrg@classattorneys.com

LEGAL ASSISTANTS

SHANNAH J. AHMED

SELENA A. LA RUE

E-Mail
sjm@classattorneys.com

sal@classattorneys.com

21 November 2007

via Fax to (310) 557-1299 and U.S. Mail

Jennifer J. Johnston, Esq.
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Ste. 850
Los Angeles, CA 90067-6010

Re:  Dylan Lamm, etc., et al. v. Bumbo, et al.
United States District Court-Northern District
Case No. CV07-04807 MHP
Your file No. 8123.63140

Dear Ms. Johnston:

This letter is written to acknowledge receipt of yours of November 15, 2007, regarding the above-captioned matter.

Please be advised that, with all due respect, we request that you all do whatever you all need to do to represent your clients. At this time, we respectfully decline to enter into any agreement(s) set forth in your letter of November 15, 2007.

Very truly yours
EDGAR LAW FIRM

Donald S. Edgar, Esq.

DSE:sks

-7-