**EXHIBT C**

## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:   Dylan Lamm, etc., et al. v. Bumbo, et al.
       United States District Court – Northern District
       Case No. CV07-04807 MHP
       C & F File No.: 8123.63140

Dear Mr. Edgar:

This is to acknowledge receipt of your letter dated November 21, 2007, in which you refused to provide us with any details of the purported service on Bumbo in South Africa. We can interpret this only as an admission from you that you have not effected service of process through the proper channels.

As we previously advised you, Bumbo has no record of any attempts of purported service on it in South Africa and it remains our position that Bumbo has not been served. If you have any information contrary to this, we again invite you to provide it to us.

Also, we again request that you refrain from any attempts to obtain a default judgment against Bumbo. Should you chose to do so, we will have to advise the court of your lack of cooperation and seek whatever remedies may be appropriate.

Very truly yours,

*Jennifer J. Johnston*

Jennifer J. Johnston

JJJ:cj

1901 AVENUE OF THE STARS, SUITE 850, LOS ANGELES, CA 90067-6010   TELEPHONE 310.557.2030   FACSIMILE 310.557.1299