**EXHIBT D**



PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**CORPORATION REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Secretary of State
DIVISION OF CORPORATIONS

FILED
07 JUN 26 AM 8:48
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

DOCUMENT # P01000072771

1. Corporation Name
Wartburg Enterprises, Inc

**REINSTATEMENT** 04-07

CR2E081 (1/07)

| 2. Principal Office Address - No P.O. Box # | 3. Mailing Office Address |
|---|---|
| 12248 FM 1485 | 12248 FM 1485 |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State: Conroe, TX | City & State: Conroe, TX |
| Zip: 77306 Country: Montgomery | Zip: 77306 Country: Montgomery |

4. Date Incorporated or Qualified To Do Business in Florida: 7/24/01

5. FEI Number: 90-0186735 ☐ Applied For ☐ Not Applicable

6. CERTIFICATE OF STATUS DESIRED ☐ $8.75 Additional Fee required for a Certificate of Status

7. Name and Address of Current Registered Agent

Name: Grant Kaplan
Street Address (P.O. Box Number is Not Acceptable): 7200 W. Camino Real
Suite, Apt. #, Etc.: #102
City: Boca Raton State: FL Zip Code: 33433

☐ The reinstatement fee is imposed, except in circumstances which the entity did not receive the prior notices. By checking this box, you are certifying the prior notices were not received and requesting the reinstatement fee be waived.

8. I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent: [signature] REGISTERED AGENT MUST SIGN Date: 06/20/07

9. Names and Street Addresses of Each Officer and/or Director (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| Pres | R. Gerbers | 7200 W. Camino Real, #102 | Boca Raton, FL 33433 |
| Vice Pres | M. Buchanan | 12248 FM 1485 | Conroe, TX 77306 |
| Vice Pres | H. Dammann | 11392 Ward Rd. | Conroe, TX 77306 |
| | | | 600104861936 06/26/07 01025 015 **1309.75 |
| | $14/27 | | |
| | | | |

10. I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and the names of individuals listed on this form do not qualify for an exemption contained in Chapter 119, F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

SIGNATURE: [signature] Mark Buchanan 6/17/07 832-276-6693
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR — Date — Daytime Phone #

02503

2002

**FOR PROFIT CORPORATION — UNIFORM BUSINESS REPORT (UBR)**

DOCUMENT # P01000072771

FILED
03 FEB 21 AM 11:42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

900012974659
02/21/03--01112--023 **300.00

1. Entity Name
Wintbung Enterprises, Inc.

DO NOT WRITE IN THIS SPACE

2. Principal Place of Business
Suite, Apt. #, etc. 130 NE 4th Ave
City & State Deerfield Beach, FL.
Zip 33441 Country

3. Mailing Address
Suite, Apt. #, etc. 130 NE 4th Avenue
City & State Deerfield Beach, FL.
Zip 33441 Country

DO NOT WRITE IN THIS SPACE

4. FEI Number 65-0883967 ☐ Applied For ☐ Not Applicable

5. Certificate of Status Desired ☐ $8.75 Additional Fee Required

DO NOT WRITE IN THIS SPACE

7. Name and Address of Current Registered Agent
Name R. Gebers
Street Address (P.O. Box Number is Not Acceptable) 130 NE 4th Avenue
City Deerfield Beach FL Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE [signature] 7/18/03
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

January 1 - May 1 Fee is $150.00
After May 1 Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

11. OFFICERS AND DIRECTORS

| | | | |
|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | PSD T<br>R. Gebers<br>130 NE 4th Avenue<br>Deerfield Beach, FL 33441 | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DO NOT WRITE IN THIS SPACE |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE: [signature] 7/18/07
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR Date Daytime Phone #

2003

# FOR PROFIT CORPORATION UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P01000072771

1. Entity Name

Wartburg Enterprises, Inc.

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt #, etc. 130 NE 4th Avenue | Suite, Apt #, etc. 130 NE 4th Avenue |
| City & State Deerfield Beach, Florida | City & State Deerfield Beach, Florida |
| Zip 33441 Country | Zip 33441 Country |

DO NOT WRITE IN THIS SPACE

4. FEI Number 65-0993967 Applied / Not App.

5. Certificate of Status Desired ☐ $8.75 Additional Fee Required

DO NOT WRITE IN THIS SPACE

7. Name and Address of Current Registered Agent

Name R. Gebers

Street Address (P.O. Box Number is Not Acceptable) 130 NE 4th Avenue

City Deerfield Beach FL Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE [signature] Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE 2/18/03

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

January 1 - May 1 Fee is $150.00 After May 1 Fee is $550.00 Amended UBR is $61.25 Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May be Added to Fee

11. OFFICERS AND DIRECTORS

| | | | |
|---|---|---|---|
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | PSUT / R. Gebers / 130 NE 4th Ave / Deerfield Beach, FL 33441 | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | DO NOT WRITE IN THIS SPACE |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the informa[tion] indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or dire[ctor] of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on attachment with an address, with all other like empowered.

SIGNATURE: [signature] SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR Date 2/18/03 Daytime Phone #

WARTBURG ENTERPRISES, INC.
130 N.E. 4TH Avenue
Deerfield Beach
Florida
33441

February 18, 2003

The Department of State
Division of Corporations
Tallahassee
Florida

Dear Sirs:

RE: WARTBURG ENTERPRISES, INC. P01000072771

We changed our address in December 2001 and filled out the relevant address change forms at the post office.

However, we never received the Annual Corporate Renewal form through the mail and only after our CPA asked us this month if we had paid the bill did we realize that the payment had not been made. We would appreciate it if you would accept the enclosed check for $ 300.00, which will include the fees for 2002 and 2003 and also abate the penalty.

We apologize for any inconvenience caused.

Sincerely,

R. Gerbers (Pres)

P01000073771

FILINGS, INC. [illegible]
(Requestor's Name)

2075 LITTLE NEAL ROAD
(Address)

TALLAHASSEE, FLORIDA 32308 385-6735
(City, State, Zip) (Phone #)

OFFICE USE ONLY

FILED
01 JUL 24 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA

RECEIVED
01 JUL 24 PM 2:54
DIVISION OF CORPORATION

CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):

1. Wartburg Enterprises, Inc. (Corporation Name) (Document #)
2. (Corporation Name) (Document #)
3. (Corporation Name) (Document #)
4. (Corporation Name) (Document #)

☑ Walk in ☐ Pick up time ______ ☐ Certified Copy

☐ Mail out ☐ Will wait ☐ Photocopy ☑ Certificate of Status

| NEW FILINGS | |
|---|---|
| ✓ | Profit |
| | NonProfit |
| | Limited Liability |
| | Domestication |
| | Other |

| AMENDMENTS | |
|---|---|
| | Amendment |
| | Resignation of R.A., Officer/Director |
| | Change of Registered Agent |
| | Dissolution/Withdrawal |
| | Merger |

| OTHER FILINGS | |
|---|---|
| | Annual Report |
| | Fictitious Name |
| | Name Reservation |

| REGISTRATION/ QUALIFICATION | |
|---|---|
| | Foreign |
| | Limited Partnership |
| | Reinstatement |
| | Trademark |
| | Other |

500004494255--0
-07/25/01--01002--003
*****78.75 *****78.75

| Examiner's Initials | |
|---|---|

CR2E031 (10/92)




Home Contact Us E-Filing Services Document Searches Forms H

Previous on List Next on List Return To List

Events No Name History

Entity Name S

# Detail by Entity Name

## Florida Profit Corporation

WARTBURG ENTERPRISES, INC.

## Filing Information

| | |
|---|---|
| Document Number | P01000072771 |
| FEI Number | 900186735 |
| Date Filed | 07/24/2001 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 06/26/2007 |
| Event Effective Date | NONE |

## Principal Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Mailing Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Registered Agent Name & Address

KAPLAN, GRANT
7200 W CAMINO REAL
#102
BOCA RATON FL 33433 US

Name Changed: 06/26/2007

Address Changed: 06/26/2007

## Officer/Director Detail

Name & Address

Title P

GEBERS, R
7200 W CAMINO REAL #102
BOCA RATON FL 33433

Title V

BUCHANAN, M
12248 FM 1485
CONROE TX 77306

Title V

DAMMANN, H
11392 WARD RD
CONROE TX 77306

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2005 | 06/26/2007 |
| 2006 | 06/26/2007 |
| 2007 | 06/26/2007 |

## Document Images

| | |
|---|---|
| 06/26/2007 -- REINSTATEMENT | View image in PDF format |
| 02/21/2003 -- ANNUAL REPORT | View image in PDF format |
| 07/24/2001 -- Domestic Profit | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List Next on List Return To List

Events No Name History Entity Name S

Home Contact us Document Searches E-Filing Services Forms Help

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

ARTICLES OF INCORPORATION

ARTICLE I - NAME

The name of this corporation is Wartburg Enterprises, Inc.

FILED
01 JUL 24 PM 3:46
SECRETARY OF STATE
TALLAHASSEE FLORIDA

ARTICLE II - PRINCIPAL OFFICE

The mailing address of this corporation shall be
C/O Grant Kaplan
20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

ARTICLE III - PURPOSE

This corporation is organized for the purpose of transacting any or all lawful business.

ARTICLE IV - CAPITAL STOCK

This corporation is authorized to issue 100 shares of $1.00 par value common stock which shall be designated as "Common Shares".

ARTICLE V - INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of this corporation is 3732 N.W. 16th Street, Fort Lauderdale, Florida 33311 and the name of the initial registered agent of this corporation at that address is Filings, Inc., a

Florida corporation.

ARTICLE VI - INITIAL BOARD OF DIRECTORS

The Corporation shall initially have one (1) director to hold office until the first annual meeting of stockholders and his successor shall have been duly elected and qualified, or until his earlier resignation, removal from office or death. The number of Directors may be either increased or decreased from time to time in accordance with the By-laws of the Corporation. The name and address of the initial Director is:

R. Gebers
C/O Grant Kaplan, 20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

ARTICLE VII - INCORPORATOR

The name and address of the Incorporator signing these Articles is:

Filings, Inc., a Florida Corporation
3732 N.W. 16th Street
Fort Lauderdale, Florida 33311

ARTICLE VIII - PRE-EMPTIVE RIGHTS

Every shareholder, upon the sale for cash of any new stock of this corporation shall have the right to purchase his prorata share thereof (as nearly as may be done without issuance of fractional shares) at the price at which it is offered to others.

ARTICLE IX - INDEMNIFICATION

The corporation shall indemnify any Officer or Director, or any former Officer or Director, to the full extent permitted by law.

ARTICLE X - AMENDMENT

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation on the date of signing.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

[signature]
Incorporator

Certificate designating place of business or domicile for the service of process within Florida, naming agent upon whom process may be served.

In compliance with Section 607.0501, Florida Statutes, the following is submitted:

First that Wartburg Enterprises, Inc., desiring to organize or qualify under the laws of the State of Florida, has named Filings, Inc., a Florida corporation, located at 3732 N.W. 16th Street, Fort Lauderdale, Florida, as its agent to accept service of process within Florida.

Dated: July 24, 2001

Teresa Roman, Incorporator

Having been named to accept service of process for the above stated Corporation, at the place designated in this certificate, I hereby agree to act in this capacity. I further agree to comply with the provisions of all Statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

FILED
JUL 24 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA