Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for *Specially Appearing* Defendant
BUMBO (PTY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>**DECLARATION OF JESSICA VIKER IN SUPPORT OF BUMBO (PTY) LIMITED'S AMENDED MOTION TO QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS**<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Jessica Viker, declare:

1. I am a paralegal at the law firm of Condon & Forsyth LLP ("C&F"), attorneys for defendant Bumbo (Pty) Limited. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, could competently testify to these facts. I submit this declaration in support of Bumbo (Pty) Limited's Amended Motion to Quash Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to Serve, and for Sanctions.

2. I telephoned the office of plaintiffs' attorneys multiple times during

1 the months of November and December, 2007 requesting information on service.

2     3.    I spoke to Jeremy R. Fietz, Esq. sometime in late November/early December 2007. Mr. Fietz advised me that he had no knowledge whatsoever about the case and that Mr. Donald S. Edgar would be the person with whom to speak.

    4.    Despite leaving a message for Mr. Edgar, I never received a return telephone call.

    5.    I then called Mr. Edgar who stated that Bumbo had been served "in South Africa" "sometime in October", but he refused to give me any details regarding when and how the service had been effected, or even the exact date on which service had occurred.

    6.    I have spent two hours of time in monitoring the court's docket daily as well as in communications with plaintiffs' attorneys. My hourly rate is $110.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2008 at Los Angeles, California.

_Jessica Viker_
Jessica Viker

-2-

DECLARATION OF JESSICA VIKER IN SUPPORT OF
BUMBO (PTY) LIMITED'S AMENDED MOTION TO QUASH
SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF
PERSONAL JURISDICTION AND FAILURE TO SERVE AND
FOR SANCTIONS
CASE NO.: C-07-04807 MPH

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030