Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys *Specially Appearing* for Defendant
BUMBO (PTY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   March 10, 2008<br>Time:   2:00 p.m.<br>Place:  Courtroom of the Hon.<br>         Marilyn Hall Patel |

Defendant Bumbo (Pty) Limited hereby respectfully requests that this Court take judicial notice of the following court documents pursuant to Federal Rule of Evidence 201:

1.   The complaint in *Lamm v. Bumbo, et al.,* Case No. C-07-04807 MHP, filed August 16, 2007.

2.   The Affidavit of Service on "Bumbo" by Still Waters Process Service, filed on January 7, 2008.

---
REQUEST FOR JUDICIAL NOTICE
CASE NO.: C-07-04807 MHP

1  Dated: January 29, 2008      CONDON & FORSYTH LLP

2

3                    BY:  S/Jennifer J. Johnston
                         ROD D. MARGO
4                        JENNIFER J. JOHNSTON

5                        Attorneys *Specially Appearing* for Defendant
                         BUMBO (PTY) LIMITED

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

REQUEST FOR JUDICIAL NOTICE
CASE NO.: C-07-04807 MHP