**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Northern District of California

Case Number CV 07-04807 MHP

Plaintiff:
**Dylan Lamm, a minor by and through his guardian ad litem Mary Catherine Doherty; and Kevin Lamm**

vs.

Defendant:
**Bumbo, Bumbo Limited, Bumbo (PTY) Ltd, and Target Corporation**

For:
Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

Received by Neil Thuynsma on the 21st day of January, 2008, to be served on BUMBO (PTY) LTD, 212 Hardy Muller Street, Rosslyn, P.O. Box 2081, Rosslyn 0200, Gauteng, South Africa.

I, Neil Thuynsma, whose business address is 65 Park Lane, 1 Sandton Close, Block B, 2nd Floor, Sandown (South Africa), being duly sworn depose and say that:

On the **25th day of January, 2008, at 11:23 am,**

I served, by personally delivering a true copy of, the **Summons, Complaint, and Reassignment Order** in this matter to:

Antoinette Wagenaar, as **agent for BUMBO (PTY) LTD.,** at:

**BUMBO (PTY) LTD, 212 Hardy Muller Street, Rosslyn, Gauteng, South Africa.**

I am competent to make this oath; I am not a party to the above-referenced cause; am not less than 18 years of age; am not interested in the outcome of the above-referenced cause; and have never been convicted of a felony or crime of moral turpitude. I hereby swear under the laws of South Africa and the United States of America that the foregoing is true and correct.

Dated: February 7, 2008

Neil Thuynsma
65 Park Lane
1 Sandton Close
Block B, 2nd Floor
Sandown (South Africa)