UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, | No. C 07-04807 MHP |
| | C 07-05597 MHP |
| Plaintiff(s), | |
| | **CLERK'S NOTICE** |
| v. | **(Rescheduling Hearing)** |
| BUMBO, | |
| Defendant(s). | |

*And related action(s) as listed*: _____/

    Pursuant to request of counsel, the parties are notified that the hearing of the Motion(s) to Dismiss/Quash in these matters, is RESCHEDULED to Monday, **March 10, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect. The Case Management Conference currently scheduled in *C 07-05597 MHP* for March 3, 2008, is also RESCHEDULED to Monday, **March 10, 2008 at 2:00 p.m.**

                                             Richard W. Wieking
                                             Clerk, U.S. District Court

Dated: February 12, 2008                           Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
                                             (415) 522-3140

*United States District Court*
*For the Northern District of California*