Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile:  (707) 578-3040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM, | CASE NO.:CV 07-04807 MHP |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | Date:     March 10, 2008 |
| BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20, | Time     2:00 p.m. |
| | Place:    Courtroom of the Honorable Marilyn Hall Patel |
| Defendants. | |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD**, Defendant Bumbo (Pty) Ltd.'s Motion To Quash Summons, Set Aside Default, and To Dismiss in the above captioned matter came on for hearing on March 10, 2008, at 2:00 p.m, before the honorable Marilyn Hall Patel. After consideration of the papers filed by the parties, and argument thereon, and good cause appearing, **THE COURT HEREBY ORDERS THAT:**

The Defendant's Motion is hereby DENIED.

**In addition, THE COURT HEREBY ORDERS THAT moving Defendant shall pay sanctions in the amount of $6000 to Plaintiff and her attorney.**

DATED:

By: _____
Honorable Judge Marilyn Hall Patel
United States District Court
Northern District of California