1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys *Specially Appearing* for Defendant
   BUMBO (PTY) LTD.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DYLAN LAMM, a minor by and            ) Case No. C-07-04807 MHP
   through his guardian ad litem MARY    )
12 CATHERINE DOHERTY; and KEVIN          ) **[PROPOSED] ORDER**
   LAMM,                                 )
13                                       )
              Plaintiffs,                )
14                                       )
        vs.                              )
15                                       )
   BUMBO, BUMBO LIMITED, BUMBO           )
16 (PTY) LTD.; TARGET                    )
   CORPORATION; and DOES 1 to 20,        )
17                                       )
              Defendants.                )
18 _____

19

20      On March 24, 2008, the Motion of Defendant, Bumbo (Pty) Ltd. to Quash

21 and Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction

22 came on for hearing before this Court in the Courtroom of the Honorable Marilyn

23 Hall Patel.

24      After full consideration of the papers and pleadings on file in the action and

25 admissible evidence, the Court finds:

26      1.   Plaintiffs have failed to effect service of process on defendant, Bumbo

27 (Pty) Ltd.

28      2.   This Court lacks *in personam* jurisdiction over Bumbo (Pty) Ltd., a

---
[PROPOSED] ORDER
CASE NO.: C-07-04807 MHP

1  South African corporation with its principal and only place of business in South
2  Africa, because Bumbo (Pty) Ltd. does not have the requisite minimum contacts
3  with California.
4      IT IS THEREFORE ORDERED that:
5      1.    Service of process on "Bumbo" is quashed;
6      2.    All claims against Bumbo (Pty) Ltd. are dismissed for insufficient
7  service of process and lack of personal jurisdiction.

10 Dated: _____    _____
11                                             UNITED STATES DISTRICT JUDGE
                                            HONORABLE MARILYN HALL PATEL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

[PROPOSED] ORDER
CASE NO.: C-07-04807 MHP