1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for *Specially Appearing* Defendant
   BUMBO (PTY) LTD.
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 DYLAN LAMM, a minor by and              ) Case No. C-07-04807 MHP
   through his guardian ad litem MARY      )
12 CATHERINE DOHERTY; and KEVIN            ) **DECLARATION OF JENNIFER
   LAMM,                                   ) J. JOHNSTON IN SUPPORT OF
13                                         ) BUMBO (PTY) LTD.'S MOTION
                Plaintiffs,                ) TO QUASH SERVICE AND
14                                         ) DISMISS FOR INSUFFICIENT
       vs.                                 ) SERVICE OF PROCESS AND
15                                         ) LACK OF PERSONAL
   BUMBO, BUMBO LIMITED, BUMBO             ) JURISDICTION**
16 (PTY) LTD.; TARGET                      )
   CORPORATION; and DOES 1 to 20,          ) Date:  March 24, 2008
17                                         ) Time:  2:00 p.m.
                Defendants.                ) Place: Courtroom of the Hon.
18                                         )        Marilyn Hall Patel
                                           )
19 _____)

20      I, Jennifer J. Johnston, declare:

21      1.  I am a member of the law firm of Condon & Forsyth LLP, attorneys

22 of record for defendant Bumbo (Pty) Ltd.  I have personal knowledge of the facts

23 stated in this declaration, except for those facts stated upon information and belief

24 and, as to those facts, I am informed and believe that they are true and correct.  If

25 called as a witness, I could competently testify to these facts.  I submit this

26 declaration in support of Bumbo (Pty) Ltd.'s Motion to Quash Service and Dismiss

27 for Insufficient Service of Process and Lack of Personal Jurisdiction.

28

2.    On February 11, 2008, I received an email notification from the Court that plaintiffs filed an Affidavit of Service claiming personal service on Bumbo (Pty) Ltd. in South Africa on January 25, 2008. A true and correct copy of the Affidavit of Service is attached to this declaration as Exhibit "A."

3.    Although I do not recognize the name of the alleged process server named in the Affidavit, Neil Thuynsma, I believe that his address is that of SABMiller, a brewery located near Bumbo (Pty) Ltd.'s corporate office. A true and correct copy of a contact list from SABMiller South Africa's web site is attached hereto as Exhibit "B."

4.    According the Neil Thuynsma's profile on the website, "Facebook", Mr. Thuynsma is employed by SABMiller. A true and correct copy of Mr. Thuynsma's Facebook profile is attached hereto as Exhibit "C."

5.    Attached as Exhibit "D" is a true and correct copy of Rule 4 of the South African Rules of Court. I am informed and believe that Rule 4 provides that any documentation initiating proceedings shall be effected by the Sheriff.

6.    Attached as Exhibit "E" is a true and correct copy of the Declaration of Johan Buitendach, submitted with Bumbo-Pty's previous motion to quash/dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February 2008 at Los Angeles, California.

_____
Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION
CASE NO.: C 07-04807 MHP

- 2 -