Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys *Specially Appearing* for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated, | Case No. CV07-5597MHP |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION, | |
| Defendants. | |

On March 24, 2008, the Motion of Defendant, Bumbo (Pty) Ltd. to Quash and Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction came on for hearing before this Court in the Courtroom of the Honorable Marilyn Hall Patel.

After full consideration of the papers and pleadings on file in the action and admissible evidence, the Court finds:

1.     Plaintiff has failed to effect service of process on defendant, Bumbo (Pty) Ltd.

2.     This Court lacks *in personam* jurisdiction over Bumbo (Pty) Ltd., a South African corporation with its principal and only place of business in South

1  Africa, because Bumbo (Pty) Ltd. does not have the requisite minimum contacts
2  with California.
3      IT IS THEREFORE ORDERED that:
4      1.    Service of process on "Bumbo" is quashed;
5      2.    All claims against Bumbo (Pty) Ltd. are dismissed for insufficient
6  service of process and lack of personal jurisdiction.

9  Dated: _____     _____
10                                            UNITED STATES DISTRICT JUDGE
                                            HONORABLE MARILYN HALL PATEL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

[PROPOSED] ORDER
CASE NO.: CV07-5597 MHP