Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for *Specially Appearing* Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION<br><br>Date:  March 24, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Jennifer J. Johnston, declare:

1.   I am a member of the law firm of Condon & Forsyth LLP, attorneys of record for defendant Bumbo (Pty) Ltd. I have personal knowledge of the facts stated in this declaration, except for those facts stated upon information and belief and, as to those facts, I am informed and believe that they are true and correct. If called as a witness, I could competently testify to these facts. I submit this declaration in support of Bumbo (Pty) Ltd.'s Motion to Quash Service and Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction.

2.	On February 11, 2008, I received an email notification from the Court that plaintiffs filed an Affidavit of Service claiming personal service on Bumbo (Pty) Ltd. in South Africa on January 25, 2008. A true and correct copy of the Affidavit of Service is attached to this declaration as Exhibit "A."

3.	Although I do not recognize the name of the alleged process server named in the Affidavit, Neil Thuynsma, I believe that his address is that of SABMiller, a brewery located near Bumbo (Pty) Ltd.'s corporate office. A true and correct copy of a contact list from SABMiller South Africa's web site is attached hereto as Exhibit "B."

4.	According the Neil Thuynsma's profile on the website, "Facebook", Mr. Thuynsma is employed by SABMiller. A true and correct copy of Mr. Thuynsma's Facebook profile is attached hereto as Exhibit "C."

5.	Attached as Exhibit "D" is a true and correct copy of Rule 4 of the South African Rules of Court. I am informed and believe that Rule 4 provides that any documentation initiating proceedings shall be effected by the Sheriff.

6.	Attached as Exhibit "E" is a true and correct copy of the Declaration of Johan Buitendach, submitted with Bumbo-Pty's previous motion to quash/dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2008 at Los Angeles, California.

_____
Jennifer J. Johnston

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT     - 2 -
OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH
SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF
PROCESS AND LACK OF PERSONAL JURISDICTION
CASE NO.: C 07-04807 MHP