Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for *Specially Appearing* Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>DECLARATION OF ANTOINETTE WAGENAAR IN SUPPORT OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION<br><br>Date: March 24, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Antoinette Wagenaar, declare:

1. I am a Director of Bumbo (Pty) Ltd. This declaration is submitted in support of Bumbo (Pty) Ltd.'s *amended* motion to quash service and dismiss for insufficient service of process and lack of personal jurisdiction. I have personal knowledge of the facts attested to in this declaration, except for those facts stated upon information and belief, and, as to those facts, I believe them to be true. If called upon to do so, I could and would competently testify to all matters contained herein.

DECLARATION OF ANTOINETTE WAGENAAR IN
SUPPORT OF BUMBO (PTY)LTD.'S *AMENDED* MOTION TO
QUASH SERVICE, AND DISMISS
CASE NO.- C-07-04807 MHP

1. 2. Bumbo (Pty) Ltd. is a private company which has been organized under the laws of South Africa and has its principal place of business in Pretoria, South Africa.

3. Bumbo (Pty) Ltd.'s one and only manufacturing plant and its corporate headquarters/registered office are located in Pretoria, South Africa.

4. All employees of Bumbo (Pty) Ltd. are employed at its manufacturing plant or corporate headquarters/registered office in Pretoria, South Africa.

5. I am employed at Bumbo (Pty) Ltd.'s corporate headquarters/registered office at 212 Hardy Muller Street, Rosslyn 0200, Gauteng, South Africa.

6. On January 25, 2008, I was informed than an unknown person was in our reception area attempting to deliver a package.

7. I was handed the package but did not sign any documentation for the unknown person acknowledging that I had received said package.

8. I am informed and believe that the person who delivered the package did not introduce or identify himself.

9. I am informed and believe that the person who delivered the package did not identify himself as a Sheriff.

10. I am informed and believe that the person who delivered the package did not explain the nature and contents of the package.

11. A letter from plaintiff's counsel, Jeremy R. Fietz, Esq., to Mr. Neil Thuynsma dated January 18, 2008, accompanied the package. This letter stated that the package had been delivered to Mr. Thuynsma via DHL International.

12. The unknown person delivering the package allowed us to make a copy of this letter. On the front of my copy of the letter, I wrote notes regarding the delivery of this package for my file. A true and correct copy of my copy of this letter is attached hereto as Exhibit "A."

DECLARATION OF ANTOINETTE WAGENAAR IN SUPPORT OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH SERVICE AND DISMISS
CASE NO: C 07-04807 MHP

LONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

13. I do not know, nor had I ever heard the name "Neil Thuynsma", before reading the letter attached as Exhibit "A."

14. Only after I opened the package did I discover that it contained a summons, complaint and reassignment order in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of February, 2008 at Pretoria, South Africa.

_____
Antoinette Wagenaar

DECLARATION OF ANTOINETTE WAGENAAR IN
SUPPORT OF BOMBO (PTY) LTD.'S *AMENDED* MOTION TO
QUASH SERVICE AND DISMISS
CASE NO - C 07-04807 MHP