# EXHIBIT A

To: J Klopper (012) 0865100614   A 1h

Date: 25 Jan 2008

(18) Pages



**ATTORNEYS**

DONALD S. EDGAR
JEREMY R. FIETZ
REX GRADY
E-Mail
don@classattorneys.com
jeremy@classattorneys.com
lrg@classattorneys.com

## EDGAR LAW FIRM

ATTORNEYS AND COUNSELORS AT LAW

408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040

**LEGAL ASSISTANTS**

SELENA A. LA RUE
SUSAN SCHWEGMAN
E-Mail
sal@classattorneys.com
susie@classattorneys.com

January 18, 2008

**Via DHL International Courier**

Neil Thuynsma
275 Memosa Street
Blackheath
Johannesburg 2118
Republic of South Africa
Mobile # 011 27 82 924 2203

*Delivered
Received by Hand
A Mbyonder
AMbyu Fri 25 Jan 2008
12h00.*

Re:    Service of Bumbo

Dear Mr. Thuynsma:

We hope this correspondence finds you well. Thank you for assisting us with the service of legal papers in South Africa.

Enclosed please find for service several packages of documents regarding the cases *Lamm v. Bumbo* and *Whitson v. Bumbo*. Also enclosed please find a check in the amount of $500 (U.S. Dollars) for your time and services. Please serve the materials at your absolute earliest convenience.

**Lamm v. Bumbo**
1) Summons
2) Complaint
3) Reassignment Order

**Whitson v. Bumbo**
1) Summons
2) Complaint
3) Order Setting CMC deadlines

The entity we need served in each case is "Bumbo (Pty) LTD.

Their address is:

212 Hardy Muller Street, Rosslyn
PO Box 3081 Rosslyn 0200
Gauteng, South Africa.

A 2|2

The directions to their facility and office are listed on their website as:

>Corner of Hardie Muller & Frans du Toit in Roslyn Industrial, Pretoria
>
>From Johannesburg Airport you travel North on the R21 (to Pretoria) until you get to the N1 North Turnoff — 30km
>
>Drive until you reach the Zambezi Off ramp, then turn left into Zambezi Rylaan — ± 15km
>
>Drive until you get to Lavender Road (T-Junction) - ±5km and then turn Right into Lavender road until you get to the Rosslyn turnoff ± 1km
>
>Go straight on the Roslyn road until you get to Hardie Muller street - ±5km
>
>Turn left in Hardie Muller Street and drive on straight and cross Frans du Toit street

Please go to the location described above, find an office setting and provide the enclosed documents to someone there. Please ask for the individual's name and title/position at the company. It is fine if it is simply the receptionist. **Please make a note of the date, time, and person served, and provide that to us as soon as possible.** We will then prepare a proof of service for your signature.

Please serve the documents as soon as possible.

If you have any questions you may contact the undersigned at 707-236-0088 at any time. You may contact us, and provide the service information to us, by email at: jeremy@classattorneys.com

We greatly appreciate your assistance in this matter.

Very truly yours,

*EDGAR LAW FIRM*

Jeremy R. Fietz, Esq.

Encl.

DATE: 25/1/2008
TIME:
NAME:
SIGNATURE: