1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for *Specially Appearing* Defendant
   BUMBO (PTY) LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DYLAN LAMM, a minor by and           ) | Case No. C-07-04807 MHP
   | through his guardian ad litem MARY   ) |
12 | CATHERINE DOHERTY; and KEVIN         ) | **DECLARATION OF JENNIFER
   | LAMM,                                 ) | J. JOHNSTON IN SUPPORT OF
13 |                                       ) | REPLY TO PLAINTIFF'S
   |              Plaintiffs,              ) | OPPOSITION TO *AMENDED*
14 |                                       ) | MOTION TO QUASH SERVICE,
   |     vs.                               ) | DISMISS FOR IMPROPER
15 |                                       ) | SERVICE, LACK OF PERSONAL
   | BUMBO, BUMBO LIMITED, BUMBO          ) | JURISDICTION AND FAILURE
16 | (PTY) LTD.; TARGET                    ) | TO SERVE, AND FOR
   | CORPORATION; and DOES 1 to 20,       ) | SANCTIONS**
17 |                                       ) |
   |              Defendants.              ) | Date:  March 10, 2008
18 |                                       ) | Time:  2:00 p.m.
   |                                       ) | Place: Courtroom of the Hon.
19 |                                         |        Marilyn Hall Patel

20        I, Jennifer J. Johnston, declare:

21        1.     I am a member of the law firm of Condon & Forsyth LLP, attorneys

22 of record for defendant Bumbo (Pty) Ltd.  I have personal knowledge of the facts

23 stated in this declaration, except for those facts stated upon information and belief

24 and, as to those facts, I am informed and believe that they are true and correct.  If

25 called as a witness, I could competently testify to these facts.  I submit this

26 declaration in support of Bumbo (Pty) Ltd.'s Reply to Plaintiffs' Opposition to the

27

28 DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
   OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH
   SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF
   PROCESS AND LACK OF PERSONAL JURISDICTION AND
   FOR SANCTIONS
   CASE NO.: C 07-04807 MHP

1  Amended Motion to Quash Service and Dismiss for Insufficient Service of Process
2  and Lack of Personal Jurisdiction and for Sanctions.

3      2.    Attached hereto as Exhibit "A" is a true and correct copy of Rule 4 of
4  the South African Rules of Court. I am informed and believe that Rule 4 provides
5  that any documentation initiating proceedings shall be effected by the Sheriff.

6      3.    In addition to plaintiffs' counsel in the case at hand, I have contacted
7  attorneys for plaintiffs in other cases presently pending against Bumbo (Pty) Ltd.,
8  and have asked them to contact me if they believed they served Bumbo (Pty) Ltd.
9  Plaintiffs' counsel here were the only attorneys who refused to cooperate and
10 provide information.

11     4.    In one of these other pending actions, also styled as a class action and
12 entitled *Mathison v. Bumbo, et al.*, Case No. 07CC01399, venued in California
13 state court, specifically, Orange County, plaintiffs' counsel has acknowledged that
14 there are service requirements for service on foreign corporations and has
15 indicated that he is currently in the process of serving Bumbo (Pty) Ltd. via a letter
16 rogatory. Plaintiffs' counsel also told me that he had spoken with counsel for
17 plaintiffs in the case at hand and expressed his view that a letter rogatory was the
18 only appropriate method by which to serve Bumbo (Pty) Ltd.

19 Executed this 25 day of February 2008 at Los Angeles, California.

_Jennifer J. Johnston_

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT    - 2 -
OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO QUASH
SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF
PROCESS AND LACK OF PERSONAL JURISDICTION AND
FOR SANCTIONS
CASE NO.: C 07-04807 MHP