Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, et al.,<br><br>Defendants. | Case No. C 07-04807 MHP<br><br>**DECLARATION OF JOHAN NICHOLAS BUITENDACH IN SUPPORT OF BUMBO (PTY) LTD.'S REPLY TO OPPOSITION TO *AMENDED* MOTION TO QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE AND FOR SANCTIONS**<br><br>Date: March 10, 2008<br>Time: 2:00 pm<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Johan Nicholas Buitendach, declare:

1. I am the Owner of Bumbo (Pty) Ltd. This declaration is submitted in support of Bumbo (Pty) Ltd.'s reply to plaintiffs' opposition to Bumbo (Pty) Ltd.'s motion to quash service, dismiss for improper service, lack of personal jurisdiction and failure to serve and for sanctions. I have personal knowledge of the facts attested to in this declaration, except for those facts stated upon information and belief, and, as to those facts, I believe them to be true. If called upon to do so, I

DECLARATION OF JOHAN NICHOLAS BUITENDACH IN SUPPORT OF BUMBO (PTY) LTD.'S REPLY TO OPPOSITION TO *AMENDED* MOTION TO DISMISS
CASE NO.: C 07-04807 MHP

2377_1

1 could and would competently testify to all matters contained herein.

2. Bumbo (Pty) Ltd. is a manufacturing company located in South Africa which manufactures the Bumbo Baby Sitter, an infant seat.

3. Bumbo (Pty) Ltd. is a private company which has been organized under the laws of South Africa and has its principal place of business in Pretoria, South Africa.

4. Bumbo (Pty) Ltd.'s one and only manufacturing plant and its corporate headquarters are located in Pretoria, South Africa.

5. The Bumbo Baby Sitter is manufactured and assembled entirely in South Africa by Bumbo (Pty) Ltd.

6. Bumbo (Pty) Ltd. manufactures the Bumbo Baby Sitter pursuant to a manufacturing agreement with a separate legal entity, which trades as Bumbo International. Bumbo International markets and distributes the Bumbo Baby Sitter to various markets world-wide.

7. I am informed and believe that a company called Wartburg Enterprises, Inc., located in Conroe, Texas, is an on-line distributor of the Bumbo Baby Sitter in Texas.

8. I am informed and believe that, for a brief period of time, Wartburg Enterprises, Inc. was given authority to communicate with the Consumer Product Safety Commission (CPSC) on behalf of Bumbo (Pty) Ltd. concerning the recall by the CPSC.

9. I am informed and believe that Wartburg Enterprises, Inc. set up a website, http://www.bumbosafety.com, to respond to inquiries regarding the recall. In addition, consumers were directed to download new warning labels regarding the Baby Sitter from this website.

10. I am informed and believe that Wartburg Enterprises, Inc. incorrectly stated on http://www.bumbosafety.com that the Baby Sitter was manufactured by

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-
DECLARATION OF JOHAN NICHOLAS BUITENDACH IN
SUPPORT OF BUMBO (PTY) LTD.'S REPLY TO
OPPOSITION TO *AMENDED* MOTION TO DISMISS
CASE NO.: C 07-04807 MHP

2377_1

"Bumbo International."

11. I am informed and believe that Wartburg Enterprises, Inc. listed the name "Bumbo International" next to Wartburg's address in Conroe, Texas on the website. Bumbo International does not now and never has had an office or address in Conroe, Texas.

12. Bumbo (Pty) Ltd. and Wartburg Enterprises, Inc. are separate companies and do not share common shareholders, officers, directors, employees or offices.

13. Bumbo International and Wartburg Enterprises, Inc. are also separate companies and do not share common shareholders, officers, directors, employees or offices.

14. Wartburg Enterprises, Inc. is not authorized by Bumbo (Pty) Ltd. to accept service of process on behalf of Bumbo (Pty) Ltd. or Bumbo International.

15. Neither Bumbo (Pty) Ltd. nor Bumbo International maintain any offices or employees anywhere in Conroe, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of February, 2008 at _Pretoria_.

_____
Johan Nicholas Buitendach

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-
DECLARATION OF JOHAN NICHOLAS BUITENDACH IN
SUPPORT OF BUMBO (PTY) LTD.'S REPLY TO
OPPOSITION TO *AMENDED* MOTION TO DISMISS
CASE NO.: C 07-04807 MHP

2377_1