Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile:  (707) 578-3040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>　　　　Defendants. | CASE NO.:CV 07-04807 MHP<br><br>**[PROPOSED] ORDER**<br><br>Date:　　March 24, 2008<br><br>Time　　2:00 p.m.<br><br>Place:　　Courtroom of the Honorable Marilyn Hall Patel |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD,** Defendant Bumbo (Pty) Ltd.'s Motion To Quash Summons and To Dismiss in the above captioned matter came on for hearing on March 24, 2008, at 2:00 p.m, before the honorable Marilyn Hall Patel. After consideration of the papers filed by the parties, and argument thereon, and good cause appearing, **THE COURT HEREBY ORDERS THAT:**

　　The Defendant's Motion is hereby DENIED.


DATED:
　　　　　　　　　By: _____
　　　　　　　　　　　　Honorable Judge Marilyn Hall Patel
　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　Northern District of California