UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM et al, | No. C 07-04807 MHP |
| Plaintiff(s), | C 07-05597 MHP |
| v. | **CLERK'S NOTICE** |
| BUMBO et al, | **(Matters to be submitted on papers)** |
| Defendant(s). | |

*And related action(s) as listed:* _____/

Defendants, having moved this Court for a hearing on March 10, 2008, the parties are hereby notified that the motions and case management conference will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California