Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for *Specially Appearing* Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>**DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT BUMBO (PTY) LTD'S *AMENDED* MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**<br><br>Date:  March 24, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom of the Hon. Marilyn Hall Patel |

I, Jennifer J. Johnston, declare:

1. I am a member of the law firm of Condon & Forsyth LLP, attorneys of record for defendant Bumbo (Pty) Ltd. I have personal knowledge of the facts stated in this declaration, except for those facts stated upon information and belief and, as to those facts, I am informed and believe that they are true and correct. If called as a witness, I could competently testify to these facts. I submit this declaration in support of Reply to Plaintiffs' Opposition to Defendant Bumbo

---

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT
BUMBO (PTY) LTD'S AMENDED MOTION TO QUASH
SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF
PROCESS AND LACK OF PERSONAL JURISDICTION
CASE NO.: C 07-04807 MHP

Doc. #2554v2

(PTY) Ltd's Amended Motion and Motion to Quash Service and Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction.

2. South Africa is not a party to the international convention relating to foreign service. Attached hereto as Exhibit "A" is a true and correct copy of the Status Table relating to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, *available on the website of the Hague Convention at*: http://hcch.e-vision.nl/index_en.php?act=conventions.status&cid=17 (last visited March 5, 2008). This list of the 56 Contracting States to this Convention does not include the Republic of South Africa.

3. Attached hereto as Exhibit "B" is a true and correct copy of Rule 4 of the South African Uniform Rules of Court ("South African Uniform Rules"). I am informed and believe that Rule 4 of the South African Uniform Rules provides that any documentation initiating proceedings against a company shall be effected by the sheriff in South Africa.

4. In addition to plaintiffs' counsel in the case at hand, I have contacted attorneys for plaintiffs in other cases presently pending against Bumbo (Pty) Ltd., and have asked them to contact me if they believed they served Bumbo (Pty) Ltd. Plaintiffs' counsel here were the only attorneys who refused to cooperate and provide information.

5. In one of these other pending actions, also styled as a class action and entitled *Mathison v. Bumbo, et al.*, Case No. 07CC01399, venued in California state court, specifically Orange County, plaintiffs' counsel has acknowledged that there are service requirements for service on foreign corporations and has indicated that he is currently in the process of serving Bumbo (Pty) Ltd. via a letter rogatory. Plaintiffs' counsel also told me that he had spoken with counsel for plaintiff in the

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT BUMBO (PTY) LTD'S AMENDED MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION
CASE NO.: C 07-04807 MHP

- 2 -

Doc. #2554v2

case at hand and expressed his view that a letter rogatory was the only appropriate method by which to serve Bumbo (Pty) Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2008 at Los Angeles, California.

*Jennifer J. Johnston*
Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT BUMBO (PTY) LTD'S AMENDED MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION
CASE NO.: C 07-04807 MHP

- 3 -

Doc. #2554v2