**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8   DYLAN LAMM et al,                              No. C 07-04807 MHP
                                                       C 07-05597 MHP
9             Plaintiff(s),
                                                   **CLERK'S NOTICE**
10    v.                                           **(Matter to be submitted on papers)**

11  BUMBO et al,

12            Defendant(s).

13  *And related action(s) as listed*
                                        /
14

15       Defendants, having moved this Court for a hearing on March 24, 2008, the parties are hereby

16  notified that the motions to dismiss/quash  will be submitted on the papers without oral argument.

17  Therefore, the HEARING DATE IS VACATED.   No further submissions related to matters already

18  before this court without prior leave of court.

19

20                                            Richard W. Wieking
                                              Clerk, U.S. District Court
21

22

23  Dated:  March 13, 2008                    Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
24                                                      (415) 522-3140

25

26

27

28