UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian *ad litem*, MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.;TARGET CORPORATION; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. CV07-4807 MHP<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS DYLAN LAMM *ET AL.*'S ADMINISTRATIVE MOTION REQUESTING AN ORDER DESIGNATING MANNER OF SERVICE**<br><br>Date: |

　　　　Having considered the Administrative Motion of Plaintiffs Dylan Lamm, *et al.* (hereinafter "Plaintiffs") for an Order Designating An Alternative Manner of Service, the Court finds:

　　　　1.　　Plaintiffs are not entitled to relief under Civil Local Rule 7-11.

///

///

///

---

[PROPOSED] ORDER DENYING ADMINISTRATIVE
MOTION REQUESTING AN ORDER DESIGNATING
MANNER OF SERVICE
CASE NO.: CV07-4807 MHP

1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

IT IS THEREFORE ORDERED that:

1. The administrative motion be **DENIED**.

Dated: _____

UNITED STATES DISTRICT JUDGE
HONORABLE MARILYN HALL PATEL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

2

[PROPOSED] ORDER DENYING ADMINISTRATIVE
MOTION REQUESTING AN ORDER DESIGNATING
MANNER OF SERVICE
CASE NO.: CV07-4807 MHP