ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

July 2, 2008

J. Rex Grady
Donald S. Edgar
Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
707-545-3200

Jennifer J. Johnston
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010
310-557-2030

Gail C. Trabish
Heather Arlene Gladstone
Boornazian Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925
510-834-4350

Re:  Lamm v. Bumbo, Bumbo Limited
     <u>Case No. C 07-04807 MHP MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation. We would like to schedule this for **Tuesday, July 15, 2008 at 2:30 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator