1  DONALD S. EDGAR (State Bar No. 139324)
   JEREMY R. FIETZ (State Bar No. 200396)
2  Email: jeremy@classattorneys.com
   EDGAR LAW FIRM
3  408 College Avenue
   Santa Rosa, California 95401
4  Telephone: (707) 545-3200
   Facsimile: (707) 578-3040
5
   Attorneys for Plaintiffs
6

7  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
8  A Professional Corporation
   555 12th Street, Suite 1800
9  P. O. Box 12925
   Oakland, CA 94604-2925
10 Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
11
   Attorneys for Defendant
12 TARGET STORES, a division
   of Target Corporation

13

14
                   UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17

18
   DYLAN LAMM, a minor by and through his        CASE NO.  07-04807 MHP
19 guardian ad litem MARY CATHERINE
   DOHERTY; and KEVIN LAMM,                      JOINT CASE MANAGEMENT
20                                                CONFERENCE STATEMENT
             Plaintiffs,
21                                                DATE:   July 14, 2008
   vs.                                            TIME:   3:00 p.m.
22                                                DEPT:   Ctrm. 15, 18th Floor
   BUMBO, BUMBO LIMITED, BUMBO (PTY)              JUDGE:  Hon. Marilyn Hall Patel
23 LTD.; TARGET CORPORATION; and DOES
   1 to 20,
24
             Defendants.
25

26

27

28

(1) **Jurisdiction and Service:**

Plaintiff has attempted to serve Bumbo Pty in South Africa and Texas. Bumbo PTY Limited has specially appeared to filed a Motion to Quash Service and Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to Serve. The Court has determined that while service has not yet been properly effected, the Court does have jurisdiction over Bumbo PTY Ltd.. Pursuant to the Court Order, the Plaintiffs have requested, again, that counsel for Bumbo PTY Ltd. accept service. They would not agree. Also pursuant to the Court's Order, Plaintiffs issued formal Notice of a Lawsuit and Request to Waive Service of Summons to Bumbo PTY Ltd.'s owner at its corporate headquarters in South Africa. This process was followed in this case as well as the related case of *Whitson v. Bumbo*. The time to respond to such notice will run on August 12, 2008. Plaintiffs have not heard a response to date. In the meantime, Plaintiffs have retained the services of a professional international process server. They have prepared the formal request for letters rogatory that will be submitted to the Court shortly for review and approval. Now that the Court has made clear its intent to exercise jurisdiction over it, hopefully, Bumbo PTY Ltd. will waive the international service procedures and this case can move forward more expeditiously.

(2) **A Brief Description Of The Events Underlying The Action:**

The case is essentially one of product liability surrounding the safety of the Bumbo Baby Sitter – a foam seat designed to hold infants before they are strong enough to sit up on their own.

(3) **Motions:**

While the Parties are not in a position to anticipate every possible pre-trial motion as they are still in a very preliminary stage in the litigation, they anticipate motions relating to discovery issues, especially as they relate to documents maintained

by the unanswered Bumbo defendants.

(4) <u>Amendment of Pleadings</u>:

Plaintiffs may amend the complaint to name Bumbo International.

(5) <u>Evidence Preservation</u>:

Plaintiffs requested that Defendant Target preserve their data regarding their gift registry, as the Bumbo product in question was purchased at a Target store as a result of the Plaintiffs' participation in the Target gift registry. This has been done.

(6) <u>Disclosures</u>:

The Parties have exchanged initial disclosures under Rule 26, Fed. R. Civ. Pro..

(7) <u>Discovery</u>:

Defendant Target has propounded interrogatories and request for production of documents to Plaintiffs regarding the nature and extent of injuries. Plaintiffs are preparing discovery requests to obtain information from Target concerning the purchase of the Bumbo Sitter in question and Target's relationship with Bumbo PTY Ltd.

(8) <u>Related Cases</u>:

This case has been related to *Wendy Whitson v. Bumbo, et al.*, a class action lawsuit relating to the purchase of the product. Service issues in this related case are identical to those here (see Number 1 above).

(9) <u>Relief</u>:

Plaintiffs seek personal injury damages (economic and non-economic) as well as injunctive relief.

Defendant seeks dismissal of the action and its costs of suit.

(10) <u>Settlement and ADR</u>:

Plaintiffs and Target have agreed to mediation.

(11) <u>Consent To Magistrate Judge For All Purposes</u>:

Plaintiff does not so consent.

(12) Other References:

The Parties propose no other references at this time.

(13) Narrowing of Issues:

The Parties are committed to narrowing the issues as much as possible, and will meet and confer regarding same.

(14) Expedited Schedule:

Given the difficulty with service of the Bumbo defendants the parties do not believe expedited scheduling is appropriate.

(15) Scheduling:

The parties request that scheduling of discovery and pretrial deadlines should be postponed until service of the Bumbo defendants are completed and appearance have been made.

(16) Trial:

Plaintiffs and Target have requested a jury trial. The Parties estimate a 12-15 day jury trial.

(18) Disclosure Of Non-Party Interested Entities Or Persons:

There are no non-party interested persons known to the Plaintiffs or Target

Respectfully submitted,

DATED: July 7, 2008                                    EDGAR LAW FIRM

                                                        By:          /s/
                                                        JEREMY R. FIETZ
                                                        Attorneys for Plaintiffs


DATED: July 7, 2008                                    BOORNAZIAN, JENSEN & GARTHE

                                                        By:          /s/
                                                        GAIL C. TRABISH
                                                        Attorneys for Defendant Target

-3-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                    CASE NO. 07-04807 MHP

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, I caused a copy of the **CASE MANAGEMENT STATEMENT** to be served electronically to the following parties as required by the court's ordered Electronic Case Filing (ECF) Program.

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>Edgar LawFirm<br>408 College Avenue<br>Santa Rosa, CA  95401<br>(707) 545-3200  Phone<br>(707) 578-3040  Fax<br>jeremy@classattorneys.com | **Attorneys for Plaintiffs** |
| Jennifer J. Johnston, Esq.<br>Rod S. Margo, Esq.<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030<br>310-557-1299 (fax)<br>jjohnston@condonlaw.com | **Attorneys for Defendant**<br>**Bumbo (PTY) Ltd** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 7, 2008.

_____
Alexine Braun

25131\430811

- 4 -

CASE MANAGEMENT STATEMENT – Case No.:  C-07-04807 MHP