**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 14, 2008

Case No.   C 07-4807  MHP                Judge: MARILYN H. PATEL
           C 07-5597  MHP

Title: DYLAN LAMM et al -v- BUMBO et al
       WENDY WHITSON et al -v- BUMBO et al

Attorneys:  Plf: Jeremy Feitz, Donald Edgar
            Dft: Gail Trabish, William Bowen

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Further status conference set for 9/15/2008 at 3:00 p.m., with a joint statement to be filed one week prior;