1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Christopher B. Queally (State Bar No.: 229154)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  fsilane@condonlaw.com
   jjohnston@condonlaw.com
6  cqueally@condonlaw.com

7  Attorneys for Defendant
   BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No. C-07-04807 MHP<br><br>**STIPULATION AND [*PROPOSED*] ORDER CONTINUING THE MEDIATION COMPLETION DATE PURSUANT TO ADR LOCAL RULE 6-5** |
|---|---|

WHEREAS the current date for completion of mediation by the parties has been set by the Court as February 29, 2009, per court order dated November 24, 2009 [Document No. 77];

WHEREAS all counsel are continuing to conduct discovery in this matter and continuing to prepare for meaningful mediation between the parties;

WHEREAS the representative from defendant BUMBO (PTY) LTD.'s insurance carrier who has handled the claim of Dylan Lamm, *et al.* since its inception will likely be unable to attend a mediation session at any time in late February 2009 due to the fact that he and his wife are expecting a child in late

February 2009;

WHEREAS all counsel in this matter have concurred that the mediation completion date should be continued to Wednesday, April 1, 2009;

IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

1. That the mediation completion date in this matter be continued to Wednesday, April 1, 2009, and that all other corresponding dates including the deadline for submission of mediation briefs be continued accordingly.

Dated: February 3, 2009     CONDON & FORSYTH LLP

By: /s/Frank A. Silane
    FRANK A. SILANE
    JENNIFER J. JOHNSTON
    CHRISTOPHER B. QUEALLY
    Attorneys for Defendant
    BUMBO (PTY) LTD.

Dated: February 3, 2009     BOORNAZIAN, JENSEN & GARTHE, A.P.C.

By: /s/Gail C. Trabish
    GAIL C. TRABISH
    Attorneys for Defendant
    TARGET CORPORATION

Dated: February 3, 2009     EDGAR LAW FIRM

By: /s/Jeremy R. Fietz
    DONALD EDGAR
    JEREMY R. FIETZ
    J. REX GRADY
    Attorneys for Plaintiffs
    DYLAN LAMM, BY AND
    THROUGH MARY CATHERINE
    DOHERTY; AND KEVIN LAMM



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION & PROPOSED ORDER CONTINUING MEDIATION COMPLETION DATE
CASE NO.: C 07-04807 MHP

- 2 -

5133V.1