GAIL C. TRABISH, ESQ. (#103482) gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian ad litem MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20,<br><br>Defendants. | Case No.: CV 07-04807 MHP<br><br>**AMENDED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br>Complaint Filed:   August 16, 2007 |

IT IS HEREBY STIPULATED and agreed between the parties that the Case Management Conference presently set for October 5, 2009 be continued for 30 to 60 days, as the parties are involved in very recent discovery issues, meet and confer efforts, and supplemental production of documents.

DATED: September 23, 2009          EDGAR LAW FIRM

                                    By: _____/s/_____
                                    JEREMY R. FIETZ, ESQ.
                                    Attorneys for Plaintiffs
                                    DYLAN LAMM, a minor by and
                                    through his guardian ad litem MARY
                                    CATHERINE DOHERTY; and
                                    KEVIN LAMM

DATED: September 23, 2009          CONDON & FORSYTH, LLP

                                   By: _____/s/_____
                                        FRANK SILANE, ESQ.
                                        Attorneys for Defendant
                                        BUMBO (PTY) LTD.


DATED: September 23, 2009          BOORNAZIAN, JENSEN & GARTHE
                                   A Professional Corporation


                                   By: _____/s/_____
                                        GAIL C. TRABISH, ESQ.
                                        Attorneys for Defendant
                                        TARGET STORES, a division of
                                        Target Corporation, erroneously sued
                                        herein as Target Corporation


## ORDER

The Case Management Conference is continued to December 14, 2009 at 3:00 p.m.

DATE: 9/25/2009

_____
HON. _____
UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel

25131\477769

-2-

# CERTIFICATE OF SERVICE
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, I served a copy of the following document(s) described as: **AMENDED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER,** on the interested party(ies) in this action listed below using the method indicated with an "X" mark:

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>Edgar Law Firm<br>408 College Avenue<br>Santa Rosa, CA 95401<br>(707) 545-3200 Phone<br>(707) 578-3040 Fax<br>jeremy@classattorneys.com | **Attorneys for Plaintiffs** |
| Jennifer J. Johnston, Esq.<br>Rod S. Margo, Esq.<br>Christopher Queally, Esq.<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030<br>310-557-1299 (fax)<br>jjohnston@condonlaw.com | **Attorneys for Defendant<br>Bumbo (PTY) Ltd** |

☐ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and process correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Oakland, California in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

-3-

☐ **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (510) 839-1897. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. A copy of that report is attached.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 23, 2009.

_____
ALEXINE BRAUN

25131\477769