Donald S. Edgar (State Bar No.: 139324)
Jeremy Fietz (State Bar No.: 200396)
Rex Grady (State Bar No.: 232236)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401
Telephone: (707) 545-3200
Facsimile:  (707) 578-3040

Attorneys for Plaintiffs
DYLAN LAMM, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM, a minor by and through his guardian *ad litem*, MARY CATHERINE DOHERTY; and KEVIN LAMM,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.;TARGET CORPORATION; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. CV07-4807 MHP<br><br>**STIPULATION AND *[PROPOSED]* ORDER RE CASE SCHEDULE** |

*__Plaintiffs' Statement__***:**

　　　As the Court is aware, this case involves a brain injury to a small infant.  Plaintiffs have alleged product defect, which defendants deny. One of the essential issues in the case is whether or not the child, Dylan Lamm, has any residual impairment from his initial injury.

　　　Dylan Lamm, who has turned three (3) years old, was recently (on March 12th, 2010) evaluated by pediatric neuropsychologists, Dr. Theodore Wasserman (Florida) and Dr. Paul Beljan (Arizona), and their consultants who were retained by the Plaintiffs.  This was the first time that Dylan was evaluated by pediatric neuropsychology specialists to determine whether his brain injury caused and/or likely will cause, residual problems.  These experts are preparing their

STIPULATION AND *[PROPOSED]* ORDER RE SCHEDULE
CASE NO.: CV07-4807 MHP

reports, which, when completed, will be provided to the defense for a determination of whether either Bumbo or Target wishes to have Dylan examined by their own experts.

Pursuant to a stipulation by the parties, the Court set the case schedule, including expert witness disclosure. Plaintiffs' expert witness disclosure is currently scheduled for March 30, 2010. As a result of the recent findings by Drs. Wasserman and Beljan, Plaintiffs require additional time to explore and retain additional experts to assist with some of the needs just identified by these pediatric neuropsychologists.

Defendants, Bumbo and Target, in an honorable showing of professional courtesy, have both agreed to continue all of the case schedule by approximately ninety (90) days to accommodate for these needs (and to provide time for additional testing of the child by defense experts if they chose). Defendants believe that the results of the tests performed on behalf of the plaintiffs will require the defendants to conduct similar neuro-psychological tests. Those tests and the possible need to retain additional consultants would require at least sixty days between the time that the plaintiffs serve their Rule 26 reports and the defendants are required to issue theirs.  The combined additional time to complete these additional tests and exchanges would equate to an approximate five month extension of the date for the completion of the exchange of expert reports.

There is no prejudice to any party by such a continuance, and, if continuance is not granted, there is a strong probability of prejudice to the child, Dylan Lamm, as this case represents his one opportunity to seek redress for his injuries. While it is not the reason for continuance of the schedule dates, it may be worth noting that, following these evaluations, the parties intend to mediate the case.

**STIPULATION:**

It is hereby stipulated and agreed between the parties that the case schedule entered on 12/16/09, may be amended to continue the various pre-trial and trial dates as follows:.

The amended schedule shall now be as follows:

- Plaintiffs' Designation of expert witnesses:  June 30, 2010;
- Defendant's Designation of expert witnesses:  September 3, 2010;
- Plaintiffs' designation of rebuttal experts, if any:  September 30, 2010
- Expert discovery cutoff:  October 29, 2010
- Hearing of dispositive motions – ~~November 30, 2010;~~  11/29/2010 at 2:00 p.m.
- Pretrial conference – ~~December 15, 2010~~ (or to be determined by the Court) and, January 12, 2011 at 2:30 p.m.
- Trial – January 25, 2011  (or to be determined by the Court). at 8:30 a.m.

IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  March 23, 2010                                   EDGAR LAW FIRM


By: /s/Jeremy R. Fietz
    DONALD EDGAR
    JEREMY R. FIETZ
    J. REX GRADY
    Attorneys for Plaintiffs
    DYLAN LAMM, BY AND THROUGH
    MARY CATHERINE DOHERTY; AND
    KEVIN LAMM


Dated:  March 23, 2010                                   CONDON & FORSYTH LLP


By: /s/Frank A. Silane
    FRANK A. SILANE
    JENNIFER J. JOHNSTON
    CHRISTOPHER B. QUEALLY
    Attorneys for Defendant
    BUMBO (PTY) LTD.

3

STIPULATION AND *[PROPOSED]* ORDER RE SCHEDULE
CASE NO.: CV07-4807 MHP

1  Dated: March 23, 2010                    BOORNAZIAN, JENSEN & GARTHE, A.P.C.

2

3                                            By: /s/Gail C. Trabish
                                                GAIL C. TRABISH
4                                               Attorneys for Defendant
                                                TARGET CORPORATION
5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED:

8

9  Dated:  3/24/2010                         _____
                                             UNITED STATES DISTRICT JUDGE
10                                           HONORABLE MARILYN H. PATEL

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*